
Z03040759


WEST COAST LIFE
INSURANCE COMPANY
P. O. Box 193892
San Francisco, CA 94119-3892

RECEIVED
OCT 0 1 2004
NEW BUSINESS


C
NS

Part I

LIFE INSURANCE APPLICATION

## SECTION I: INSUREDS

| NAME OF PERSONS APPLYING FOR COVERAGE (PRINT IN FULL) | RELATIONSHIP TO PROPOSED INSURED | SEX | DATE OF BIRTH | SOC. SEC. NO. | BIRTH STATE | DRIVER'S LICENSE NUMBER |
|---|---|---|---|---|---|---|
| PROPOSED INSURED Stephen M. Butts | Self | M | 3/31/56 | 032464089 | CO | 95-121-0654 CO |
| SPOUSE | | | | | | |
| CHILD | | | | | | |
| CHILD | | | | | | |

RESIDENCE: 151 Adam Ranch Road    P.O Box 37
Telluride    CO    81435    970-728-5690    YEARS
CITY    STREET    STATE    ZIP CODE    TELEPHONE NUMBER    APT. NO.    NUMBER OF YEARS

| OCCUPATION | # OF YRS | (Required) ANNUAL INCOME | EMPLOYER | ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|---|---|
| PROPOSED INSURED'S OCCUPATION owner / President | | 600,000 | Telluride Properties LLC | P.O Box 37 Telluride Co | 970 3695370 |
| SPOUSE'S OCCUPATION | | | | | |

## SECTION II:  PLAN OF INSURANCE

FACE AMOUNT $ 3,000,000    $ ———    $ ———
INSURED    SPOUSE    CHILDREN

☐ UNIVERSAL LIFE N/A    ☐ OPTION I - LEVEL FACE AMOUNT
TYPE OF PLAN

☐ OPTION II - FACE AMOUNT PLUS CASH VALUE    ☐ OPTION III - FACE AMOUNT PLUS PREMIUM REFUND

☒ PLAN OF INSURANCE Golden 610

IF TERM INDICATE YEARS: ☒ 10 YRS    ☐ 15 YRS    ☐ 20 YRS    ☐ 25 YRS    ☐ 30 YRS

BENEFITS

☐ AUTOMATIC PREMIUM LOAN    ☐ ACCIDENTAL DEATH $ ———    ☐ WAIVER OF PREMIUM

☐ CHILD RIDER - # OF UNITS ———    ☐ OTHER -- DESCRIPTION AND AMOUNT ———

PREMIUM PAYMENT

☒ ANNUAL $ 4415 00    ☐ CHECK-O-MATIC $ _____    ☐ OTHER _____

☐ ADDITIONAL FIRST YEAR PAYMENT $ _____    ☐ CASH WITH APPLICATION $ _____

SEND PREMIUM NOTICES TO   ☐ RESIDENCE    ☒ OTHER – COMPLETE LINE BELOW
Telluride
Properties LLC    P.O Box 37    Telluride    Co    81435
Name    Address    City    State    Zip Code

## SECTION III:  BENEFICIARY

PRIMARY: FULL NAME Telluride Properties, LLC    Business
RELATIONSHIP
237 South Oak, P.O. Box 37    Telluride    Co    81435
ADDRESS    CITY    STATE    ZIP CODE

SECONDARY: FULL NAME _____
RELATIONSHIP
_____
ADDRESS    CITY    STATE    ZIP CODE

GW-7508(5/04)CO    Page 1 of 9

PLAINTIFF'S EXHIBIT
tabbies
A

## SECTION IV: NON-MEDICAL HISTORY (MUST BE ANSWERED ON ALL CASES)    Part I

| HAS PROPOSED INSURED: | Prop. Ins. Yes | Prop. Ins. No | Spouse Yes | Spouse No | Children Yes | Children No |
|---|---|---|---|---|---|---|
| 1. Used tobacco or nicotine of any kind over the last 3 years?<br>Type:    Frequency:    Date last used: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 2. Consulted a physician or had treatment for the use or possession of:<br>A. Alcohol?<br>B. Narcotics, stimulants, sedatives, hallucinogenic drugs? | ☐<br>☐ | ☒<br>☒ | ☐<br>☐ | ☐<br>☐ | ☐<br>☐ | ☐<br>☐ |
| 3. Had their driver's license revoked or suspended? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4. Flown as a pilot, student pilot, or crew member, or intend to fly as such? | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5. Engaged in auto, motorcycle or boat racing, parachuting, skin or scuba diving, skydiving, or hang gliding or other hazardous avocation or hobby? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6. Had a request for life or health insurance declined, postponed, rated, canceled, or restricted in any way? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 7. Any application for any other life or health insurance on your life now pending or contemplated in this or any other company? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 8. Is Proposed Insured:<br>a). A non U.S. Citizen<br>b). Not a permanent resident of the United States, Puerto Rico, or Canada?<br>c). Intending to travel outside the United States or Canada within the next 12 months?<br>To where:    When:<br>Why:    For how long: | ☐<br>☐<br>☐ | ☒<br>☒<br>☒ | ☐<br>☐<br>☐ | ☐<br>☐<br>☐ | ☐<br>☐<br>☐ | ☐<br>☐<br>☐ |

## SECTION V: MEDICAL HISTORY

| HAVE YOU EVER BEEN TREATED FOR OR TOLD YOU HAD: | Prop. Ins. Yes | Prop. Ins. No | Spouse Yes | Spouse No | Children Yes | Children No |
|---|---|---|---|---|---|---|
| 9. A. Cancer, diabetes, epilepsy, heart disorder, (high blood pressure) stroke, mental or nervous disorders, tumors, ulcers, or any disorder of bladder, kidney, liver or lungs? | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| B. AIDS (acquired immune deficiency syndrome) or ARC (AIDS-related complex)? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| C. Arthritis, (gout) or other disorders of muscles, joints, spine, stomach, intestines, or chest pain or asthma? | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| HAVE YOU: | | | | | | |
| 10. Within the last 12 months, had any kind of medication prescribed? | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 11. Been advised to have, or contemplated having a surgical operation? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 12 Within the last 5 years, suffered from any disease, or received medical or surgical treatment for any condition not listed in question 9? | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 13. List current height and weight for all persons proposed for coverage. If more than one child proposed for insurance, list below    Height    Weight | 6' 1½"<br>203 | | | | | |

## SECTION VI: DETAILS TO ANY "YES" ANSWERS TO QUESTIONS #1 THROUGH #12 ABOVE
### (MUST BE ANSWERED IF APPLICABLE)

| Person's Name | Question Number | Date | Details or Reason | Name, Address and Phone Number of Attending Doctor and Hospital |
|---|---|---|---|---|
| | 9A | 2000 | High Blood Pressure controlled with 10mg. Cozaar | DR. Homer |
| | 12. | 4/2004 | Annual Physical | Blood Pressure DR. Homer |
| | 12. | 2002 | Elevated Chol. - Lipitor 20mg | + chol. under control DR. Homer |
| | 9C | 1996 | Gout in Large Toe | under control - DR. Homer |

12. - Mild seasonal allergies + hayfever

## SECTION VII: EXISTING COVERAGE AND PENDING INSURANCE
### (MUST BE ANSWERED COMPLETELY ON ALL CASES)
14. Life Insurance in Force and Pending on All Proposed Insureds, including Business Insurance (if none, insert "None"):

| Name of Insured | Company | Type of Coverage | Life Amount | Business or Personal | Year Issued |
|---|---|---|---|---|---|
| HAS some Personal Ins. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## SECTION VIII: REPLACEMENT (MUST BE ANSWERED COMPLETELY ON ALL CASES)
15. Is the policy applied for to replace an existing insurance or annuity in this or any other company  Yes ☐  No ☒  If "yes," give details in remarks section on page 3 and complete any State required replacement forms and comparison statements.

This space for Home Office Endorsements

GW-7508(5/04)CO

Sep 21 04 12:33p
SEP 20 2004 17:19 FR FISH & SCHULKIN    800 244 5117 TO 19701204190    p.8

Part1

## SECTION IX:  OWNERSHIP OF POLICY

Telluride Properties LLC
NAME OF OWNER (If other than proposed insured)

20-1319480
SOCIAL SECURITY NO. OR TAXPAYER I.D. NO.

237 South Oak P.O Box 37 Telluride
ADDRESS          CITY

Co
STATE

81435
ZIP CODE

## SECTION X:  BUSINESS INSURANCE
a. Purpose of Insurance (Key Person, Buy & Sell, Split Dollar, etc.)

Key Person & Buy Sell

b. What percent of business does Proposed Insured own or control?

84%

c. What is approximate net annual income of business?  $

d. What is approximate net worth of business?  $    See Balance Sheet

e. Year business established

f. Business insurance on other Owners; Officers, Partners, or Key Persons

| Name and Title | % of Business Owned | Insurance Company | Amount Now Carried or Applied for |
|---|---|---|---|
| Albert Roek | 8% | West Coast | $ 500,000 |
| Polly Leach Lychee | 8% | West Coast | $ 900,000 |
|  |  |  | $ |

## SECTION XI:  REMARKS AND SPECIAL REQUESTS
"It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the department of regulatory agencies."

Your policy is subject to a binding arbitration provision. See your policy for complete details.

### DECLARATIONS
I (We) represent that all statements and answers made in all parts of this application are full, complete and true to the best of my (our) knowledge and belief.
It is agreed that:
1.  All such statements and answers shall be the bases for and a part of any policy issued on this application.
2.  No agent or medical examiner can accept risks or make or change contracts or waive West Coast Life rights or requirements.
3.  No insurance shall take effect unless the Proposed Insured(s) is (are) alive and in the same condition of health as described in this application when the policy is delivered to the Owner and the full first premium is paid. However, if the full first premium is paid as set forth in the attached Conditional Coverage Receipt and this Receipt is delivered to the Owner, the terms of this Receipt shall apply.
4.  Acceptance of a policy by the Owner shall constitute ratification of any changes made by West Coast Life under "Home Office Endorsements." In those states where it is required, changes in plan of insurance, amount, age at issue, classification of risk or benefits will be made only with the Owner's written consent.

AUTHORIZATION TO OBTAIN INFORMATION
I AUTHORIZE any physician, medical practitioner, hospital, clinic, other medical or medically related facility, insurance or consulting company, the Medical Information Bureau, Inc., consumer reporting agencies or employer having information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment of me or my minor children and any other non-medical information about me or my minor children to give West Coast Life Insurance Company or its reinsurers any and all such information. This includes information regarding drugs, alcoholism, and/or mental illness. To aid in collection of such information, I authorize all said sources, except the Medical Information Bureau, to give such records or knowledge to any agency employed by the Insurance Company to collect and transmit such information. I AUTHORIZE the Company to obtain an investigative consumer report with respect to me and with respect to any children proposed for insurance. If a report is requested, I know I may elect to be personally interviewed. I UNDERSTAND the information obtained by use of this Authorization will be used by the Company to determine eligibility for insurance and eligibility for benefits under an existing policy. Any information obtained will not be released by West Coast Life Insurance Company to any person or organization except as may related directly or indirectly to your sexual orientation, the Medical Information Bureau, Inc., or other persons or organizations performing business or legal services in connection with my application, or a claim or as may be otherwise lawfully required or as I may further authorize. I AGREE that this authorization shall be valid for a period of two years and six months from the date signed. I further agree that a photocopy of this authorization shall be as valid as the original. I KNOW that I may ask to receive a copy of this authorization.

GW-7508(5/04)CO

I HAVE received copies of notices regarding "Pre-Notice Medical Information Bureau, Inc." and "Insurance Information Practices and Investigative Consumer Reports." I UNDERSTAND that if this application relates to any Indeterminate Premium Policy or Rider:
(1) The premium may be increased or decreased on any policy anniversary.
(2) Premiums are not guaranteed, except the maximum premium which may be charged beginning on any policy anniversary.
(3) Any increased or decreased premium I am charged will be based on my original classification, age and sex.

Dated 8/29/04  Signed at Telluride, Co
                              City and State

X _____
Signature of Proposed Insured

X _____
Signature of Spouse, if Proposed for Insurance

X _____
Signature of Owner, if Other than Proposed Insured

X _____
Signature of Agent

Page 3 of 9

** TOTAL PAGE.07 **

SEP 21 2004 13:44                    PAGE.08