## WCL POLICY ASSEMBLY PAGE

WN5CL       11/04/04                          POLICY CHECKED BEFORE MAILING BY : _____
Z03040759
EPY26   CO                                    DATE MAILED: _____
STEPHEN M BUTTS

**Remote Home Office Copy Includes:**

| | | | |
|---|---|---|---|
| ASSCHKP4 | 00000 | PSO392 | 00000 |
| PSO392A | 00000 | W7186COH | 00000 |
| COD3 | 00000 | PTAMEND4 | 00000 |

**Remote Full Policy Print Includes:**

| | | | |
|---|---|---|---|
| GUNOVLY1 | 00001 | LBLAGTIV | 00000 |
| GUNOVLY1 | 00001 | A3X5CRD3 | 00000 |
| GUNOVLY1 | 00001 | PTAMEND2 | 00000 |
| GUNOVLY1 | 00001 | W7186CO | 00000 |
| PRINOTO3 | 00000 | W7438CO | 00000 |
| COD1 | 00000 | COD2 | 00000 |
| GUNOVLY1 | 00001 | W7186COH | 00000 |
| COD3 | 00000 | GUNOVLY5 | 00001 |
| GO392FCO | 00000 | GUNOVLY5 | 00001 |
| PSO392 | 00000 | GUNOVLY5 | 00001 |
| PSO392A | 00000 | GUNOVLY5 | 00001 |
| GO392CO | 00000 | GUNOVLY5 | 00001 |
| R9620 | 00000 | W7535 | 00000 |
| GUNOVLY5 | 00001 | CBISWCL | 00000 |
| CBISWCL | 00000 | CBISWCL | 00000 |
| CBISWCL | 00000 | CBISWCL | 00000 |
| CBISWCL | 00000 | GUNOVLY5 | 00001 |
| GO392BCO | 00000 | | |



PLAINTIFF'S
EXHIBIT
B
tabbies

Remote Partial Print Includes:

Local Home Office Copy Includes:

Local Full Policy Print Includes:

Local Partial Print Includes:

# POLICY SPECIFICATIONS

**INSURED**    STEPHEN M BUTTS                **POLICY NUMBER**    Z03040759

**FACE AMOUNT**    $3,000,000                 **SEX**    MALE

**CLASSIFICATION**    STANDARD NON-TOBACCO     **ISSUE AGE**    48

**MAXIMUM RE-ENTRY QUALIFICATION AGE**    83    **POLICY DATE** NOVEMBER 5, 2004

**BENEFICIARY**    REFER TO APPLICATION — UNLESS SUBSEQUENTLY CHANGED

**OWNER:**    TELLURIDE PROPERTIES LLC

| FORM NO. | INSURANCE BENEFITS | ANNUAL PREMIUM ** | INITIAL PREMIUM PERIOD | GUARANTEED PREMIUM PERIOD |
|---|---|---|---|---|
| 0311392CO | FACE AMOUNT PAYABLE AT DEATH | $4,880.00 | 10 YRS | 10 YRS |

** The premium is subject to change AFTER THE GUARANTEED PREMIUM PERIOD. If it is changed, it will not exceed the Maximum Annual Premium. Maximum Annual Premiums are shown in the Table of Premiums. We will send you a notice prior to the premium due date which informs you of any change in the premium. Premiums will not be changed more than once a year.

## TOTAL PREMIUMS

|  | ANNUALLY | SEMI-ANNUALLY | QUARTERLY | MONTHLY |
|---|---|---|---|---|
| PER PAYMENT | $4,880.00 * | $2,537.60 | $1,293.20 | $427.00 |
| PER YEAR | $4,880.00 * | $5,075.20 | $5,172.80 | $5,124.00 |

* PREMIUM PAYMENT METHOD AT ISSUE

# POLICY SPECIFICATIONS

**POLICY NUMBER**     Z03040759

| POLICY YEAR | MAXIMUM ANNUAL PREMIUM | POLICY YEAR | MAXIMUM ANNUAL PREMIUM |
|---|---|---|---|
| 1 | $4,880.00 | 27 | $228,530.00 |
| 2 | 4,880.00 | 28 | 252,050.00 |
| 3 | 4,880.00 | 29 | 278,780.00 |
| 4 | 4,880.00 | 30 | 309,650.00 |
| 5 | 4,880.00 | 31 | 345,470.00 |
| 6 | 4,880.00 | 32 | 385,610.00 |
| 7 | 4,880.00 | 33 | 430,340.00 |
| 8 | 4,880.00 | 34 | 479,000.00 |
| 9 | 4,880.00 | 35 | 530,570.00 |
| 10 | 4,880.00 | 36 | 586,880.00 |
| 11 | 44,960.00 | 37 | 649,460.00 |
| 12 | 48,740.00 | 38 | 719,060.00 |
| 13 | 53,600.00 | 39 | 795,590.00 |
| 14 | 59,960.00 | 40 | 878,330.00 |
| 15 | 67,730.00 | 41 | 966,320.00 |
| 16 | 76,220.00 | 42 | 1,058,600.00 |
| 17 | 83,900.00 | 43 | 1,150,460.00 |
| 18 | 90,680.00 | 44 | 1,240,970.00 |
| 19 | 98,570.00 | 45 | 1,335,770.00 |
| 20 | 108,230.00 | 46 | 1,435,760.00 |
| 21 | 119,510.00 | 47 | 1,541,030.00 |
| 22 | 133,220.00 | 48 | 1,645,310.00 |
| 23 | 149,660.00 | 49 | 1,747,100.00 |
| 24 | 167,870.00 | 50 | 1,855,610.00 |
| 25 | 187,070.00 | 51 | 1,971,260.00 |
| 26 | 207,170.00 | 52 | 2,094,710.00 |

The Maximum Annual Premiums include the charges for any additional benefits.



### WEST COAST LIFE
INSURANCE COMPANY

**P.O, Box 193892. San Francisco. CA 94119-3892 ✳ 1-800-366-9378**

**INSURED**        STEPHEN M BUTTS

**POLICY OWNER**        TELLURIDE PROPERTIES LLC

**POLICY NUMBER**        Z03040759

I hereby acknowledge delivery of the above policy.  I understand that I have fifteen (15) days from the date of receipt of this policy to examine its provisions.  If the policy is not as explained by the company, its representative, or as understood by me, the policy may be surrendered within said fifteen (15) day period and any premium advanced by me, upon surrender, shall be immediately returned.

_____        _____        _____
Signature of Policy Owner        Date        Dated at (City & State)


_____        _____
Signature of Representative        Date


**To the West Coast Life Representative:**
A copy of this notice must be signed, dated and returned to the Home Office upon delivery of the policy.  If the policy is delivered by mail, it shall be sent certified, return receipt requested, or a certificate of mailing shall be obtained.  This receipt and certificate of mailing must be mailed back to the Home Office.


W-7186CO        Return to Home Office

THIS PAGE INTENTIONALLY LEFT BLANK



**WEST COAST LIFE**
INSURANCE COMPANY
P.O. Box 193892, San Francisco, CA 94119-3892
Home office: San Francisco, California
1-800-366-9378

Policy Number Z03040759

Insured     STEPHEN M BUTTS

I understand that this policy was issued C.O.D., and that after I pay the full premium for the mode of premium payment I have selected, the company will change the effective date of insurance shown on this policy to the date that I tendered the first full premium to my agent.

_____
      Signature of Policyowner

_____
      Date

**FILE COPY**

THIS PAGE INTENTIONALLY LEFT BLANK

**WEST COAST LIFE**
INSURANCE COMPANY
P.O. Box 193892, San Francisco, CA 94119-3892
Home office: San Francisco, California

# POLICY TRANSMITTAL NOTICE

This policy should only be delivered during the continued good health of the insured.  The placing period expires thirty days from the date shown below.

Policy Number Z03040759                                Agent SHARON M KARLS

Insured STEPHEN M BUTTS

## COLLECT THE FOLLOWING AND RETURN TO HOME OFFICE:

01. Collect premium of $4,880.00  Collection date will establish policy effective date (sign enclosed statements and have the policy owner keep one copy and return one to the home office).

Notice: The requirements to place this policy must be in the Home Office by  12-20-2004
If not received, case will be closed and all monies refunded.  To reopen will require Underwriting Approval.

Date   NOVEMBER 4, 2004                                Policy Issue WN5CL

Reissue Requests Fax Page 3 with Request on it to 1-415-433-9773



## WEST COAST LIFE
### INSURANCE COMPANY

P.O. Box 193892, San Francisco, CA 94119-3892
Home Office : San Francisco, California
1-800-366-9378

West Coast Life Insurance Company (hereinafter called: "the Company," "We," "Our" or "Us") will pay the Death Benefit to the Beneficiary subject to the provisions of the Policy. The Death Benefit is payable upon receipt at Our Home Office of due proof of the Insured's death. This Policy is issued in consideration of the Application and payment of the premium(s) as described within the Policy. This Policy is a legal Contract between the Owner ("You" or "Your") and Us.

## READ YOUR POLICY CAREFULLY.

## NOTICE OF 30 DAY RIGHT TO CANCEL POLICY

No later than thirty (30) days after this Policy is delivered, You may cancel it by returning the Policy, with a written request to cancel, to the agent who sold it or to Our Home Office. Upon delivery of the Policy and request to cancel, the Policy shall be void from the beginning. We will refund all premiums paid within ten (10) days after the Policy and request to cancel are received at the Home Office.

## TERM LIFE INSURANCE POLICY TO AGE 100
Insurance Payable at Death
Premiums are Payable to Age 100
See Policy Specifications for Amount of Insurance and Premiums
Premiums Subject to Change as Shown in Policy Specifications
Convertible Conditionally to Age 75
Nonparticipating

Signed for West Coast Life Insurance Company.

| Secretary | Registrar | President |
| --- | --- | --- |

0311392CO

# TABLE    OF    CONTENTS

|  |  | Page |  |
|---|---|---|---|
| POLICY SPECIFICATIONS |  | 3 |  |
| DEFINITIONS |  | 5 |  |
| POLICY OWNERSHIP |  |  | 5 |
| Owner |  | 5 |  |
| PREMIUMS |  | 6 |  |
| Premium Refund |  | 6 |  |
| Premiums in Advance | 6 |  |  |
| DEATH BENEFIT |  |  | 6 |
| Proceeds |  | 6 |  |
| Payment of Proceeds | 6 |  |  |
| TERMINATION OF COVERAGE |  |  | 6 |
| Re-Entry Option |  | 6 |  |
| Reinstatement | 7 |  |  |
| Conversion |  | 7 |  |
| GENERAL PROVISIONS |  |  | 7 |
| Contract and Representations | 7 |  |  |
| Grace Period |  | 7 |  |
| Incontestability | 7 |  |  |
| Suicide | 8 |  |  |
| Misstatement of Age or Sex | 8 |  |  |
| Assignment |  | 8 |  |
| Power to Modify |  | 8 |  |
| BENEFICIARY INFORMATION |  |  | 8 |
| Beneficiary |  | 8 |  |
| Change of Beneficiary | 8 |  |  |
| OPTIONAL METHODS OF SETTLEMENT OPTIONS |  | 9 |  |
| INSTALLMENT TABLES |  | 10, 11 |  |

Additional benefits and riders, if any, and a copy of the Application are attached to the Policy.

0311392CO

0311392CO

# DEFINITIONS

APPLICATION - The Application for this Policy which is attached to and made a part of this Policy.

BENEFICIARY - The person or persons named to receive the Death Benefit of this Policy upon the Insured's death.

POLICY - This life insurance contract.

FACE AMOUNT - A specified amount as indicated in the Policy Specifications.

INSURED - The person named as such in the Policy Specifications.

POLICY DATE - The effective date of coverage under this Policy if all the terms of the Application are satisfied, including the payment of the premium due. This is the date from which Policy anniversaries, Policy years, Policy months and premium due dates are determined. This date is shown in the Policy Specifications, unless later changed by written agreement signed by the Policy Owner.

DEATH BENEFIT - The amount payable to the beneficiary upon the Insured's death.

PREMIUM - The amount payable in U.S. dollars for this Policy.

OWNER - The person(s) or legal entity to whom this Policy belongs.

PAYEE - The person to whom any of the proceeds of this Policy and any riders are payable under a Settlement Option.

# POLICY OWNERSHIP

Owner
Owner means Policy Owner. If no Owner is named in the Application, the Insured will be the Owner. If more than one (1) Owner is named, the term "Owner," as used herein, shall refer to all Owners. In the event that more than one Owner is named, all elections and other actions that may be taken by You pursuant to the terms of this Policy require joint action of all such persons. While this Policy is in force, You may exercise the rights of Ownership. If You die while the Insured is living, Ownership will pass to the contingent Owner if named. If no contingent Owner is named, Ownership passes to Your estate. The rights of the Owner, the contingent Owner, and the Beneficiary may be subject to the rights of:
(1) Any assignee of record; and
(2) Any irrevocable Beneficiary.

# PREMIUMS

Premiums are payable at Our Home Office or to Our authorized agent. Premiums are payable during the lifetime of the Insured and prior to the Policy anniversary on or immediately following the Insured's 100th birthday. Full premium is payable in advance and must be paid when due to avoid loss of coverage or reduction of benefits.

The first premium is due on the Policy Date shown in the Policy Specifications. Subsequent premiums are due annually, semi-annually, quarterly, or monthly, depending upon the frequency of payment chosen by the Owner. The Owner may change the frequency of future premium payments by requesting the change in writing. The change must conform to any premium payment rules We have in effect at the time. The initial premiums for each frequency of payment are shown in the Policy Specifications.

Premiums are based on the rates then in use for the classification to which the Insured belongs. Premiums are not refundable except as described in this Policy.

0311392CO                                                    5

Premium Refund
Any portion of a premium paid to Us which applies to a period beyond the end of the Policy month of death of the Insured will be added to the death proceeds, unless this premium was waived under a rider providing for waiver of premium.

Should the Policy Owner elect to cancel this Policy, the portion of the premium paid to Us that applies to a period beyond the end of the Policy month of cancellation will be refunded.

Premiums in Advance
Future annual premiums may be paid in advance.  The maximum amount We will accept is an amount sufficient to pay all future premiums for this Policy.  Future premiums paid in advance will receive an interest discount at a rate not less than the minimum required by law and may not be withdrawn.  If this Policy is terminated, We will refund the current value of any unused premiums.  The current value of any unused premiums is included in the death benefit.

# DEATH BENEFIT

Proceeds
The Face Amount shown in the Policy Specifications is payable to the Beneficiary upon receipt of due proof of the death of the Insured while the Policy was in force. Any unpaid premiums will be deducted from the Face Amount. The current value of any unused premiums will be included in the death benefit.

Payment of Proceeds
Any proceeds payable under the terms of this Policy are subject to any adjustments provided in the Misstatement of Age or Sex, Incontestability, Grace Period, and Suicide provisions.

Proceeds may be paid in one (1) sum or under the Settlement Options provision of this Policy.

# TERMINATION OF COVERAGE

The Policy coverage will terminate on the first to occur of:
1.      The Insured's death; or
2.      Expiration of the Grace Period;  or
3.      The Policy anniversary following the Insured's 100th birthday.

# RE-ENTRY OPTION

The Owner may qualify for a new Term Life Insurance Policy after the Initial Premium Period of this Policy but before the Maximum Re-Entry Qualification Age shown in the Policy Specifications.  This option may only be elected to be effective as of a Policy anniversary.  The option must be requested in writing at least 60 days prior to the Policy anniversary on which this option is to be effective.  To qualify, the Owner must:

1.   Return this Policy to the Company;
2.   Provide satisfactory evidence of the insurability of the Insured; and
3.   Pay the required premium.

Following Our approval, this option will be effective as of the Policy anniversary it was elected.

The Company will issue the new Term Life Insurance Policy at the Insured's attained age.  The premiums for the new policy will be based on the premium rates in use on the effective date of this option.  The policy date of the new policy will be the effective date of this option.  The contestable and suicide periods of the new policy will be measured from the date of issue of the new policy.  Other policy provisions will be the same as under this Policy. Riders may be included in the new policy subject to Company approval.

# REINSTATEMENT

If this Policy lapses, the Owner may reinstate it within five years of the due date of the unpaid premium resulting in lapse by providing the following:

1. A written application for reinstatement;
2. Evidence of insurability satisfactory to Us; and
3. Payment of all overdue premiums with 6% interest compounded annually.  Compounding of interest means that each year interest is added to the amount owed and begins to bear interest itself.

We may contest a reinstated policy for two years after the date of reinstatement.  Thereafter, the reinstated policy is incontestable.  We will only contest the reinstated policy with respect to statements made in the application for reinstatement.

# CONVERSION

The Owner may convert this Policy any time during the Initial Premium Period but not after the Policy anniversary following the Insured's 75th birthday.  Evidence of insurability is not required except for riders and supplemental benefits.  Evidence of insurability is obtained at the Owner's expense.

The Owner must submit a written request for the conversion.  The Owner may convert the Policy to any permanent plan of insurance that satisfies all of the following conditions:
1. The new policy is designated by the Company as available for conversions; and
2. The face amount of the new policy equals or exceeds the minimum allowable face amount of the new policy but is no greater than the face amount of this Policy.

The new policy:
1. Will be dated as of the date of the conversion;
2. Will be issued at the attained age of the Insured; and
3. Will be issued for the same classification as this Policy, if available.

# GENERAL PROVISIONS

Contract and Representations
This Policy and the attached copy of the Application, including any supplements or amendments to the Application, constitute the entire life insurance contract.  All statements in the Application, in the absence of fraud, will be deemed representations and not warranties.  No statement will be used to contest the Policy or be used in defense of a claim under it unless:

1. It is contained in the written Application, including any supplements or amendments attached to the Application; and
2. A copy of the Application, including any supplements or amendments, is attached to the Policy on the Policy Date.

Grace Period
If any premium after the first one is not paid when due, a Grace Period of 31 days will be allowed for payment.  This Policy will continue in force during this period.  If the Insured dies during the Grace Period, the premium required to pay for coverage to the end of the policy month of death will be deducted from the Death Benefit.

Incontestability
After this Policy has been in force during the lifetime of the Insured for two years from the Policy Date, We will not contest it for any reason.

0311392CO                                                    7

If the Policy is reinstated, We may contest only representations made in the reinstatement application if death occurs within two years of the date of reinstatement. If the insured is living, Our right to contest the representations in the reinstatement application expires two years from the date of the reinstatement.

### Suicide
If the Insured dies from suicide, whether sane or insane, within one (1) year from the Policy Date, We are liable only for the return of any premium(s) received.

### Misstatement of Age or Sex
If the age and/or sex of the Insured has been misstated, all payments and benefits under this Policy will be provided based on the Insured's correct age and sex and according to the scale of premiums in effect on the Policy Date. The adjustment will be made as follows:

If the amount of premium paid is greater than the amount that should have been paid, we will refund the overpaid premium.

If the amount of premium paid is less than the amount that should have been paid, the amount of insurance will be adjusted down by multiplying the amount of insurance by the ratio of the last premium that was paid to the premium that should have been paid if the insureds' correct age and sex had been used.

### Assignment
No assignment will bind Us until recorded at Our Home Office.  We are not obliged to see that an assignment is valid or sufficient.  Any claim by an assignee is subject to proof of the validity and extent of the assignee's interest in the Policy.

### Power to Modify
Only Our President, Vice President, or Secretary has the power to:
1.      Change this Policy;
2.      Extend the time for payment of premiums; or
3.      Waive any Policy provisions.

Any change in the Policy must be by endorsement signed by one of the above named officers and attached to this Policy.

# BENEFICIARY INFORMATION

### Beneficiary
The Beneficiary will receive the Death Benefit of the Policy when the Insured dies.  If there are two or more living Beneficiaries, they will receive equal shares, unless the Owner has provided otherwise.  If no Beneficiary is living when the Insured dies, We will consider the Owner to be the Beneficiary.  If the Owner is not living, We will consider the estate of the Owner to be the Beneficiary.

The Beneficiary or Beneficiaries and any contingent Beneficiaries are named in the Application, unless the Beneficiary is changed by the Owner as provided in the Change of Beneficiary provision.  A contingent Beneficiary becomes Beneficiary if the Beneficiary dies before the Insured.

### Change of Beneficiary
You may change a Beneficiary if:
1.      The Insured is living; and
2.      Written request, in a form acceptable to Us, is filed at Our Home Office.

The change will not take effect until it is recorded at Our Home Office.  However, once such a change is recorded, the change will take effect as of the date the request was signed, whether or not the Insured is living on the date the change is recorded, subject to any payment made or other action taken by Us before such recording.  The change is subject to:

1.      The rights of an assignee of record; and
2.      The rights of an irrevocable Beneficiary.

# OPTIONAL METHODS OF POLICY SETTLEMENT

Policy Settlement means payment of the Policy proceeds when the Insured dies. Policy Settlement may be paid in a lump sum, or under any option below.

You may choose one Settlement Option or a combination of options. You may choose a Settlement Option only if the total amount placed under the option is at least $2,000 and payments are at least $20 each. The payee under the Settlement Option must be a natural person, unless We agree otherwise.

The Policy Owner may choose, revoke, or change settlement options any time during the lifetime of Insured.

Settlement Options must be chosen, revoked, or changed by request in writing, in a form satisfactory to Us. After We record an option, revocation, or change at Our Home Office, it will become effective as of the date it was requested. We may require proof of age of any person to be paid under a Settlement Option.

If no Settlement Option is in effect when the Insured dies, We will pay the Policy Settlement in a lump sum.

Before the lump sum is paid, but no later than one year after the Insured dies, the Beneficiary may choose an alternative settlement option.

## Option 1. INTEREST INCOME
Any amounts payable in settlement of this Policy may be left with us and will receive interest of at least 2.5% annually. We will determine once a year any interest to be provided over and above 2.5%. Interest may either be left to accumulate or it may be paid at the end of every twelve, six, three or one month interval from the effective date of the settlement option. Amounts remaining with Us may be withdrawn at any time upon proper written request.

## Option 2. INCOME FOR A FIXED PERIOD
Any amounts payable in settlement of this Policy will be paid over the number of years selected. The amount payable monthly for each $1,000 will be at least as much as the amount shown in Table A. Payments may also be made on annual, semi-annual, or quarterly basis, if selected. Each payment will include a portion of the amounts left us and interest of at least 2.5%. Any time after payments begin, the remaining portion of the amounts left with us may be withdrawn upon written request.

## Option 3. FIXED INCOME FOR VARYING PERIODS
Any amounts payable in settlement of this Policy will be paid in equal amounts on an annual, semi-annual, quarterly or monthly basis as selected by the payee. At least 5% of the amount left with us will be paid each year. Payments will be made until amounts left with us, together with compound interest at a rate of at least 2.5% annually on the remaining balance, has been paid. Any time after the payments begin, the remaining balance may be withdrawn upon proper written request.

## Option 4. LIFE INCOME WITH PAYMENTS GUARANTEED
Any amounts payable in settlement of this Policy will be paid over the lifetime of the payee. A guaranteed period of 10 or 20 years may be selected. Payments will continue to the end of this period even if the payee dies. The minimum amount payable monthly for each $1,000 left with us is shown in Table B. The life contingent payments are calculated using the 2000 Individual Annuity Mortality Table with interest rate of 2.5% compounded annually. Payments may also be made on an annual, semi-annual or quarterly basis, if selected. Amounts left with us under this option may not be withdrawn.

## Option 5. JOINT AND SURVIVOR LIFE INCOME
Any amounts payable in settlement of this Policy will be paid during the lifetimes of the two payees. Payments will continue as long as both payees continue to live. At the death of one payee, 2/3 of the original payment will continue during the lifetime of the survivor. Examples of total amounts payable monthly for each $1,000 left with us are shown in Table C. The life contingent payments are calculated using the 2000 Individual Annuity Mortality Table with interest rate of 2.5% compounded annually. Life Income amounts payable for other combinations of age and sex will be furnished on request. Payments also may be made on an annual, semi-annual or quarterly basis. Payments will be made jointly. Amounts left with us under this option may not be withdrawn.

## Option 6. OTHER
Policy Settlement may be paid in any other manner agreed to by us.

ALTERNATE OPTIONS
Settlement Options with higher guaranteed minimum payments than those shown in this Policy may be in use by us at settlement.  If so, the more favorable Settlement Options will be used.

GENERAL INFORMATION
If the payee under a Settlement Option dies and no one else has been designated as a payee, We will pay any amount remaining due to the estate of the payee.

Settlement Option payments are not assignable.  To the extent allowed by law, Settlement Option payments are not subject to the claims of creditors or to legal process.

CONVERSION TABLE FOR PAYMENTS UNDER SETTLEMENT OPTIONS 2, 4 and 5
To convert from monthly payments to quarterly, semi-annual, or annual payments under the settlement options shown in the settlement options tables; multiply the monthly payments by the appropriate factor shown below.

|  | Option 2 | Options 4 & 5 |
|---|---|---|
| Quarterly | 2.994 | 2.987 |
| Semi-Annual | 5.969 | 5.931 |
| Annual | 11.865 | 11.691 |

# SETTLEMENT OPTION TABLES

Table A
Option 2 - Monthly Payments for Each $1.000 Applied to Provide Income for a Fixed Period

| Years | Payment | Years | Payment | Years | Payment | Years | Payment | Years | Payment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $84.28 | 7 | $12.95 | 13 | $7.49 | 19 | $5.49 | 25 | $4.46 |
| 2 | 42.66 | 8 | 11.47 | 14 | 7.03 | 20 | 5.27 | 26 | 4.34 |
| 3 | 28.79 | 9 | 10.32 | 15 | 6.64 | 21 | 5.08 | 27 | 4.22 |
| 4 | 21.86 | 10 | 9.39 | 16 | 6.30 | 22 | 4.90 | 28 | 4.12 |
| 5 | 17.70 | 11 | 8.64 | 17 | 6.00 | 23 | 4.74 | 29 | 4.02 |
| 6 | 14.93 | 12 | 8.02 | 18 | 5.73 | 24 | 4.60 | 30 | 3.93 |

0311392CO

## Table B
### Option 4 - Monthly Payments for Each $1.000 Applied to Provide Life Income with or without Guaranteed Period

| Age Of Payee | Life Annuity M | Life Annuity F | 10 Years M | 10 Years F | 20 Years M | 20 Years F | Age of Payee | Life Annuity M | Life Annuity F | 10 Years M | 10 Years F | 20 Years M | 20 Years F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | $2.46 | $2.41 | $2.46 | $2.41 | $2.46 | $2.41 | 46 | $3.56 | $3.34 | $3.54 | $3.33 | $3.48 | $3.30 |
| 6 | 2.47 | 2.42 | 2.47 | 2.42 | 2.47 | 2.42 | 47 | 3.61 | 3.39 | 3.59 | 3.38 | 3.53 | 3.35 |
| 7 | 2.49 | 2.43 | 2.48 | 2.43 | 2.48 | 2.43 | 48 | 3.68 | 3.44 | 3.65 | 3.43 | 3.58 | 3.39 |
| 8 | 2.50 | 2.44 | 2.50 | 2.44 | 2.49 | 2.44 | 49 | 3.74 | 3.50 | 3.71 | 3.49 | 3.63 | 3.44 |
| 9 | 2.51 | 2.45 | 2.51 | 2.45 | 2.51 | 2.45 | 50 | 3.81 | 3.56 | 3.78 | 3.54 | 3.69 | 3.49 |
| 10 | 2.52 | 2.46 | 2.52 | 2.46 | 2.52 | 2.46 | 51 | 3.88 | 3.62 | 3.85 | 3.60 | 3.74 | 3.54 |
| 11 | 2.54 | 2.47 | 2.54 | 2.47 | 2.53 | 2.47 | 52 | 3.95 | 3.68 | 3.92 | 3.66 | 3.80 | 3.60 |
| 12 | 2.55 | 2.49 | 2.55 | 2.49 | 2.55 | 2.48 | 53 | 4.03 | 3.74 | 3.99 | 3.73 | 3.86 | 3.65 |
| 13 | 2.56 | 2.50 | 2.56 | 2.50 | 2.56 | 2.50 | 54 | 4.11 | 3.82 | 4.07 | 3.79 | 3.92 | 3.71 |
| 14 | 2.58 | 2.51 | 2.58 | 2.51 | 2.57 | 2.51 | 55 | 4.20 | 3.89 | 4.15 | 3.86 | 3.98 | 3.77 |
| 15 | 2.59 | 2.53 | 2.59 | 2.53 | 2.59 | 2.52 | 56 | 4.29 | 3.97 | 4.24 | 3.94 | 4.05 | 3.83 |
| 16 | 2.61 | 2.54 | 2.61 | 2.54 | 2.60 | 2.54 | 57 | 4.39 | 4.05 | 4.33 | 4.02 | 4.11 | 3.90 |
| 17 | 2.63 | 2.55 | 2.63 | 2.55 | 2.62 | 2.55 | 58 | 4.49 | 4.14 | 4.42 | 4.10 | 4.18 | 3.97 |
| 18 | 2.64 | 2.57 | 2.64 | 2.57 | 2.64 | 2.57 | 59 | 4.60 | 4.23 | 4.52 | 4.19 | 4.24 | 4.03 |
| 19 | 2.66 | 2.58 | 2.66 | 2.58 | 2.65 | 2.58 | 60 | 4.72 | 4.33 | 4.63 | 4.28 | 4.31 | 4.10 |
| 20 | 2.68 | 2.60 | 2.68 | 2.60 | 2.67 | 2.60 | 61 | 4.84 | 4.43 | 4.74 | 4.38 | 4.38 | 4.18 |
| 21 | 2.70 | 2.62 | 2.70 | 2.62 | 2.69 | 2.61 | 62 | 4.98 | 4.55 | 4.85 | 4.48 | 4.45 | 4.25 |
| 22 | 2.72 | 2.63 | 2.72 | 2.63 | 2.71 | 2.63 | 63 | 5.12 | 4.67 | 4.98 | 4.59 | 4.51 | 4.32 |
| 23 | 2.74 | 2.65 | 2.74 | 2.65 | 2.73 | 2.65 | 64 | 5.27 | 4.79 | 5.11 | 4.71 | 4.58 | 4.40 |
| 24 | 2.76 | 2.67 | 2.76 | 2.67 | 2.75 | 2.67 | 65 | 5.43 | 4.93 | 5.24 | 4.83 | 4.65 | 4.47 |
| 25 | 2.78 | 2.69 | 2.78 | 2.69 | 2.77 | 2.68 | 66 | 5.61 | 5.07 | 5.38 | 4.96 | 4.71 | 4.54 |
| 26 | 2.81 | 2.71 | 2.80 | 2.71 | 2.80 | 2.70 | 67 | 5.79 | 5.23 | 5.53 | 5.09 | 4.77 | 4.62 |
| 27 | 2.83 | 2.73 | 2.83 | 2.73 | 2.82 | 2.72 | 68 | 5.99 | 5.39 | 5.68 | 5.23 | 4.83 | 4.69 |
| 28 | 2.85 | 2.75 | 2.85 | 2.75 | 2.84 | 2.75 | 69 | 6.20 | 5.57 | 5.83 | 5.38 | 4.88 | 4.76 |
| 29 | 2.88 | 2.77 | 2.88 | 2.77 | 2.87 | 2.77 | 70 | 6.43 | 5.77 | 6.00 | 5.54 | 4.93 | 4.82 |
| 30 | 2.91 | 2.80 | 2.90 | 2.80 | 2.89 | 2.79 | 71 | 6.66 | 5.97 | 6.16 | 5.71 | 4.98 | 4.88 |
| 31 | 2.93 | 2.82 | 2.93 | 2.82 | 2.92 | 2.81 | 72 | 6.92 | 6.20 | 6.33 | 5.88 | 5.03 | 4.94 |
| 32 | 2.96 | 2.85 | 2.96 | 2.84 | 2.95 | 2.84 | 73 | 7.19 | 6.44 | 6.51 | 6.06 | 5.06 | 4.99 |
| 33 | 2.99 | 2.87 | 2.99 | 2.87 | 2.98 | 2.86 | 74 | 7.48 | 6.71 | 6.68 | 6.25 | 5.10 | 5.04 |
| 34 | 3.03 | 2.90 | 3.02 | 2.90 | 3.01 | 2.89 | 75 | 7.79 | 6.99 | 6.86 | 6.45 | 5.13 | 5.08 |
| 35 | 3.06 | 2.93 | 3.06 | 2.93 | 3.04 | 2.92 | 76 | 8.13 | 7.30 | 7.04 | 6.64 | 5.16 | 5.12 |
| 36 | 3.10 | 2.96 | 3.09 | 2.96 | 3.07 | 2.95 | 77 | 8.49 | 7.64 | 7.22 | 6.85 | 5.18 | 5.15 |
| 37 | 3.13 | 2.99 | 3.13 | 2.99 | 3.11 | 2.98 | 78 | 8.87 | 8.00 | 7.40 | 7.05 | 5.20 | 5.18 |
| 38 | 3.17 | 3.02 | 3.17 | 3.02 | 3.14 | 3.01 | 79 | 9.28 | 8.39 | 7.57 | 7.26 | 5.22 | 5.20 |
| 39 | 3.21 | 3.06 | 3.21 | 3.05 | 3.18 | 3.04 | 80 | 9.72 | 8.81 | 7.74 | 7.46 | 5.24 | 5.22 |
| 40 | 3.26 | 3.09 | 3.25 | 3.09 | 3.22 | 3.07 | 81 | 10.18 | 9.28 | 7.91 | 7.65 | 5.25 | 5.24 |
| 41 | 3.30 | 3.13 | 3.29 | 3.12 | 3.26 | 3.11 | 82 | 10.69 | 9.78 | 8.07 | 7.85 | 5.26 | 5.25 |
| 42 | 3.35 | 3.17 | 3.34 | 3.16 | 3.30 | 3.14 | 83 | 11.22 | 10.32 | 8.22 | 8.03 | 5.27 | 5.26 |
| 43 | 3.40 | 3.21 | 3.38 | 3.20 | 3.34 | 3.18 | 84 | 11.79 | 10.91 | 8.36 | 8.20 | 5.27 | 5.27 |
| 44 | 3.45 | 3.25 | 3.43 | 3.24 | 3.38 | 3.22 | 85 + | 12.41 | 11.55 | 8.49 | 8.36 | 5.28 | 5.27 |
| 45 | 3.50 | 3.30 | 3.49 | 3.29 | 3.43 | 3.26 | | | | | | | |

## Table C
### Option 5 - Monthly Payments for Each $1.000 Applied to Provide Joint and Two-Thirds Survivor Life Income

| Age of Payee Male | Age of Payee Female | Payment | Age of Payee Male | Age of Payee Female | Payment | Age of Payee Male | Age of Payee Female | Payment |
|---|---|---|---|---|---|---|---|---|
| 45 | 45 | $3.27 | 61 | 61 | $4.37 | 69 | 69 | $5.46 |
| 50 | 50 | 3.53 | 62 | 62 | 4.48 | 70 | 70 | 5.64 |
| 55 | 55 | 3.85 | 63 | 63 | 4.59 | 71 | 71 | 5.83 |
| 56 | 56 | 3.92 | 64 | 64 | 4.71 | 72 | 72 | 6.04 |
| 57 | 57 | 4.00 | 65 | 65 | 4.84 | 73 | 73 | 6.26 |
| 58 | 58 | 4.09 | 66 | 66 | 4.98 | 74 | 74 | 6.50 |
| 59 | 59 | 4.17 | 67 | 67 | 5.13 | 75 | 75 | 6.76 |
| 60 | 60 | 4.27 | 68 | 68 | 5.29 | | | |

0311392CO                                         11



## WEST COAST LIFE
### INSURANCE COMPANY

P.O. Box 193892, San Francisco, CA 94119-3892
Home Office : San Francisco, California
1-800-366-9378

# TERM LIFE INSURANCE POLICY TO AGE 100

Insurance Payable at Death
Premiums are Payable to Age 100
See Policy Specifications for Amount of Insurance and Premiums
Premiums Subject to Change as Shown in Policy Specifications
Convertible Conditionally to Age 75
Nonparticipating

0311392CO