## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1765-EWN-BNB

WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,

       Plaintiff,

vs.

MARTHA HOAR, as the personal representative of THE ESTATE OF STEPHEN M.
     BUTTS,
TELLURIDE PROPERTIES, LLC, a Colorado limited liability company,
TELLURIDE PROPERTIES, INC., a Colorado corporation,
ALBERT D. ROER, an individual, and
POLLY LYCHEE, an individual,

       Defendants.

---

## UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

---

      Plaintiff West Coast Life Insurance Company by its attorneys respectfully moves

the Court for entry of the attached Stipulated Protective Order.

     DATED:  November 21,  2005.

                      Respectfully submitted,

                      s/Lee F. Johnston
                      Lee F. Johnston
                      HOLLAND & HART LLP
                      555 17th Street, Suite 3200
                      Denver, Colorado  80202
                      Telephone:  (303) 295-8000

-2-

Facsimile:   (303) 295-8261
email:  ljohnston@hollandhart.com
**D.C. Box 06**

Jose A. Ramirez
HOLLAND & HART LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, Colorado  80111
Tel. (303) 290-1605
Fax (303) 383-5643
email:  jramirez@hollandhart.com

**ATTORNEYS FOR PLAINTIFF**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2005, I electronically filed the foregoing

with the Clerk of Court using CM/ECF system which will send notification of such

filing to the following e-mail addresses:

Richard D. Greengard, Esq.
Kara Veitch, Esq.
ISAACSON ROSENBAUM, P.C.
633 17th Street, Suite 2200
Denver, Colorado  80202
Telephone:  (303) 256-3940
Facsimile:   (303) 292-3152
email:  rgreengard@ir-law.com
        kveitch@ir-law.com

s/  Lee F. Johnston

Lee F. Johnston
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Telephone: (303) 295-8000
Fax: (303) 295-8261
ljohnston@hollandhart.com

Jose A. Ramirez
HOLLAND & HART LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, Colorado  80111
Telephone: (303) 290-1600
Fax (303) 383-5643.
jramirez@hollandhart.com

**ATTORNEYS FOR PLAINTIFF**

3480282_1.DOC

-3-