IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01765-EWN-BNB

WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,

Plaintiff,

v.

MARTHA HOAR, as the personal representative of THE ESTATE OF STEPHEN M. BUTTS,
TELLURIDE PROPERTIES, LLC, a Colorado limited liability company,
TELLURIDE PROPERTIES, INC., a Colorado corporation,
ALBERT D. ROER, an individual, and
POLLY LYCHEE, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Settlement Conference and to Set Status Conference** (the "Motion"), filed on December 8, 2005.

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for January 11, 2005, is converted into a half-hour Status Conference, to begin at 10:30 a.m. in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  December 12, 2005