IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01765-EWN-BNB

WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,

Plaintiff,

v.

MARTHA HOAR, as the personal representative of THE ESTATE OF STEPHEN M. BUTTS,
TELLURIDE PROPERTIES, LLC, a Colorado limited liability company,
TELLURIDE PROPERTIES, INC., a Colorado corporation,
ALBERT D. ROER, an individual, and
POLLY LYCHEE, an individual,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Status Conference** (the "Motion"), filed on January 5, 2006.

IT IS ORDERED that the Motion is GRANTED and the Status Conference set for January 11, 2006, is VACATED.

DATED:  January 6, 2006