**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1765-EWN-BNB

WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,

     Plaintiff,

vs.

MARTHA HOAR, as the personal representative of THE ESTATE OF STEPHEN M. BUTTS,
TELLURIDE PROPERTIES, LLC, a Colorado limited liability company,
TELLURIDE PROPERTIES, INC., a Colorado corporation,
ALBERT D. ROER, an individual, and
POLLY LYCHEE, an individual,

     Defendants.

---

**DOCUMENTS FILED UNDER SEAL**

---

**CONFIDENTIAL:  THE CONTENTS OF THIS ENVELOPE ARE NOT TO BE COPIED
OR SCANNED AND ARE SUBJECT TO A PROTECTIVE ORDER OF THIS COURT
AND SHALL NOT BE SHOWN TO ANY PERSONS OTHER THAN A JUDGE OF THIS
COURT OR AN ATTORNEY IN THIS CASE (NO. 05-cv-1765-EWN-BNB)**

---

     The following document is hereby filed under seal in accordance with the Stipulated Protective Order entered on November 22, 2005:

     Exhibit A-2:  Last page of Stephen M. Butts' life insurance application

     Respectfully submitted this 26th day of June, 2006.

                          s/ Stuart Pack
                    Stuart Pack, Kara Veitch, Richard D. Greengard
                    ATTORNEYS FOR DEFENDANTS
                    Isaacson Rosenbaum P.C.
                    633 17th Street, Suite 2200
                    Denver, Colorado 80202
                    Telephone: (303) 292-5656
                    Facsimile: (303) 292-3152
                    E-mail:  spack@ir-law.com; kveitch@ir-law.com;
                    rgreengard@ir-law.com

1288054_1.doc