Heidi Winslow                                        March 29, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-CV-1765-EWN-BNB

_____

WEST COAST LIFE INSURANCE COMPANY,
a Nebraska corporation,
                    Plaintiff,
vs.
MARTHA HOAR, as the personal representative of
THE ESTATE OF STEPHEN M. BUTTS; TELLURIDE
PROPERTIES, LLC, a Colorado limited liability
company; TELLURIDE PROPERTIES, INC., a Colorado
corporation; ALBERT D. ROER, an idividual; and
POLLY LYCHEE, an individual,

                    Defendants.

_____

DEPOSITION OF HEIDI WINSLOW

March 29, 2006

PURSUANT TO SUBPOENA and the Federal Rules of
Civil Procedure, this deposition was taken by
Plaintiff at 9:15 a.m., New Sheridan Hotel, 231 W.
Colorado Avenue, Telluride, Colorado, before
Katherine Richmond, Certified Shorthand Reporter and
Notary Public within Colorado.

DEFENDANT'S
EXHIBIT
A-3
05-cv-1765

Heidi Winslow                                                                                          March 29, 2006

Page 78

A   He didn't take any. He was so careful. There are countless times that we wouldn't fly, we wouldn't do certain things, because Steve felt the weather or whatever circumstances that weren't making the situation safe. He was so careful, always, always.

Q   Did that also include times when the family wasn't going with him?

A   Absolutely. He just was a careful person. He didn't take risks. He didn't like them.

You know, it was amazing. He was the kind of guy that ego was never a problem. He would easily -- I saw him numerous times -- turn to his friends and say, you know, "I'm not comfortable" or "I'm going back" or "I don't want to do that." That's really how he was.

Q   Ms. Winslow, when did you -- first of all, did you separate from your husband at some point prior to the divorce?

A   Yes.

Q   When did that separation occur?

A   Oh, eight months before.

Q   And what was the time frame?

A   Early June.

MR. PACK: Of what year, please.

Page 79

THE DEPONENT: '98.

Q   (By Mr. Ramirez) That's when you separated; is that correct?

A   I believe. I'm actually guessing.

MR. RAMIREZ: Well, we have some documents. I won't mark this as a deposition exhibit. I just want to refresh your recollection.

MR. PACK: Maybe we can just identify it by Bates label.

MR. RAMIREZ: I'm going to show the witnesses what has been Bates labeled Valley Forge 0037. And the range, because it is the divorce decree, is Valley Forge 0062.

We're really just looking at this to get the dates and place. We're looking at 0037. And it is a Decree of Dissolution of marriage?

Q   (By Mr. Ramirez) Do you see?

A   Yes.

Q   What date is that?

A   January 22nd, 1999.

Q   So based on your prior answer, that the separation occurred approximately eight months to that, so that would have been in the summer of --

A   June.

Q   1998. And what was your relationship

Page 80

like with Mr. Butts after the separation?

A   We were very close.

Q   You stayed friends?

A   Yes.

Q   Was there a particular reason why you separated?

MR. PACK: You know, I think that's personal, and I don't see the relevancy. I really don't know why we're going into so much about the divorce and the personal reasons. So I'm going to object to that.

If you can answer generally, I think you should. I don't think we need to go into their personal history, unless it has something to do with any of the issues in this case.

But you can answer the question.

THE DEPONENT: We just felt it was better to live separately.

Q   (By Mr. Ramirez) And what about your relationship with Mr. Butts after the divorce?

A   We were friends.

Q   And did you stay friends with him all the way to the end?

A   Yes. We were still a family.

Q   Did you have joint custody of the

Page 81

children?

A   Yes.

MR. RAMIREZ: Ms. Winslow, thank you very much. I don't have any other questions for you.

MR. PACK: I'd like to take a break and see if I have any questions.

(Recess taken.)

EXAMINATION

BY MR. PACK:

Q   Ms. Winslow, my name is Stewart Pack. As you know, I'm representing the defendants, the beneficiaries on the life of your ex-husband, Mr. Butts, and we met yesterday and had a conversation that you told Mr. Ramirez about earlier.

Mr. Ramirez asked you whether you ever had any discussion with Mr. Butts about his heli-skiing trips. And I think your answer was something to the effect that you and he had talked about wanting to take your daughters to Canada to go heli-skiing when they got older. I think that was your answer.

Did you have any other topics of conversations with Mr. Butts regarding heli-skiing,

21 (Pages 78 to 81)

Heidi Winslow                                                          March 29, 2006

Page 82

generally, in addition to the discussion that you would like to take your daughters to do that some day?

A    Yes. Because when he first went on his first trip, I was sad that he was going and a little bit nervous. And I asked him about heli-skiing and about the trip. And he said that it was very, very safe. And that it was just skiing in some of the most beautiful places you could ever be in your life without the crowds that you normally get in a ski area. But that it was very, very, very safe.

Q    Did you ever have any conversations with Mr. Butts in which he indicated to you that he felt that heli-skiing was hazardous or dangerous?

A    No. Steve assured me that the outfit, the place, the guides, the pilots, everything about it was very safe.

Q    Let me ask you, when you were having this conversation with Mr. Butts about some day you taking your daughters with you to go heli-skiing, at about what age did you have in mind that your daughters would be old enough to take them on a heli-skiing trip?

A    We weren't sure. We've seen plenty of movies of six-year-olds having birthday parties on a

Page 83

heli-trip and things like that. But because of the expense, we thought that we wanted them to be at an age where they would remember it.

We thought of taking them to Europe and also taking them on a heli-skiing trip would be something we would do when we believed they were at an age where they would remember it.

Q    What you think that age would be, as a mother of your daughters?

A    12.

Q    So when both of your daughters reached about 12 years age or more, you would feel comfortable taking them heli-skiing.

A    Yes.

Q    Would you ever take your daughters heli-skiing if you thought it was a hazardous activity when they were roughly ages 12 and 14?

A    Never.

Q    What is your understanding of what the heli-skiing activity is all about?

A    From what Steve told me and any friends that have gone, it's skiing in the most pristine, beautiful place you can ever be without the crowds. It's just a different lift. Instead of riding on the chairlift or the gondola, you ride in a

Page 84

helicopter.

Q    And the terrain that's skied in heli-skiing, does that involve going over cliffs or cornices or exposed rocks or tree stumps, as you understand it?

A    No. Because as I've said, we've seen six-year-olds up there skiing a lot, but it's quite gentle, very easy. Anyone could go.

Q    Is it necessary to be an advanced or expert skier in order to participate in heli-skiing?

A    Definitely not.

Q    Can beginner skiers with a certain amount of skill heli-ski?

A    Absolutely.

MR. PACK: Nothing further.

MR. RAMIREZ: I do have some follow-up questions.

EXAMINATION

BY MR. RAMIREZ:

Q    Where have you seen six-year-olds heli-skiing?

A    In one of Warren Miller's films. It's a great -- I can't remember the family from Texas, and he brought his six-year-old for his birthday and all his friends.

Page 85

Q    That's the only place you've seen a six-year-old heli-skiing?

A    The only place I've seen it?

Q    Yes.

A    Yes, because I haven't been up there myself.

Q    So there was a television or movie?

A    Right. It's a ski movie, it's a documentary.

Q    Do you know where they were heli-skiing?

A    Mike Quigly's in Canada.

Q    Where is that at?

A    I'm not sure where in Canada. I think it's called CRMH Colorado. I'm not sure.

Q    Do you think it's common for six-year-olds to heli-ski?

A    It's fairly expensive, so . . . You know, is it common to take a six-year-old to Europe or to, you know, Australia or New Zealand, places like that? It's probably, no, not common, because it's very expensive.

Q    Do you think that's the only reason why six-year-olds don't heli-ski is because of the expense?

A    Probably. I mean, depending on a

22 (Pages 82 to 85)