| BASE INSURED | POLICY NUMBER | UWID | OTHER INSURED | | |
|---|---|---|---|---|---|
| BUTTS | Z03040759 | HZ | | | |
| Last Name | | | Last Name | | |
| STEPHEN          M | CWA Attached | | | | |
| First Name     Middle Initial | ☐ $ | | First Name | | Middle Initial |
| 3/31/1956 · CO       M | ☐ COM | | | | |
| DOB      Birthplace    Territory | ☐ Deposit Approved | | DOB    Birthplace ·   Territory | | |

| | Underwriter's Rating | Underwriting Requirements | Date Ordered | Foll. Up #1 Date | Foll. Up #2 Date | Date Rec'd |
|---|---|---|---|---|---|---|
| ☒ Life Plan: G10, Non-Smoker | | | | | | |
| ☒ Life Amount: $3,000,000.00 | *Standard NT* | Base Insured Examination | | | | 10/07 |
| ☐ Waiver of Premium | | H.O. Specimen | | · | | 10/07 |
| ☐ ADB Amount: | | Blood Profile | | | | 10/07 |
| ☐ GIO Amount: | | EKG | | | | 10/07 |
| ☐ Rider (State Description & Amount): | · | X-Ray | | | | |
| ☐ Rider (State Description & Amount): | | EP | | | | |
| ☐ Rider (State Description & Amount): | APS  /  INSP  /  MVR  / | APS *Homer* PCP  10/14 | *Ordered 10/15* | | | 10/28 |
| Children Rider:    Family Rider: No. of Units =    No. of Units = | | AP | | | | |
| ☐ Incomplete ☐ Declined ☐ Postpone | ☐ Withdrawn  ☒ Approve | Agent | | | | |
| | *11/1/04* | Inspection IR/BBR 10/07 | | | | 10/20 |
| Replacement ☐ No ☐ Yes 1 2 3 4 5 5+ | File Builder ☒ No ☐ Yes | MVR 10/07 | | | | 10/14 |
| ☒ A Automatic ☐ F Facultative ☐ M Other WCL In Force ☐ T Exchange | | Cover Letter Financial Statement Aviation Questionaire | | | | 10/07 |
| Received from Underwriting | | TO DY | 10/15 | | | 10/16 |
| Submission and Issue Instructions: - NAIC Replacement State· - State of residence is Colorado. | | H.O. Specimen | | · | | |
| | | Blood Profile | | · | | |
| *Include Aviation ...... into* | | EKG | | | | |
| *Contract* | | X-Ray | | | | |
| | | EP | | | | |
| | | AP | | | | |
| | | AP | | | | |
| | | Agent | | · | | |
| Supersize ☐ No ☐ Yes  Total: | | Inspection | | | | |

DEFENDANT'S EXHIBIT A-7 05-cv-1765

EXHIBIT 1 3-9-06

**Underwriting Notes**  *Buy/Sell 84% owner*

MIB Neg
MF - 48 *font* - OK          AST 50, ALT 81,  Hep C Neg          *Pref    aviation*
E - 6.1.203, 132/80, 64 Reg   - Civil rules
BL - 221/65/3.4              Private pilot w IFR, 2007 *total hrs,*
                                          238 hrs/yr                  *Super*
HOS - Dr u        IR - 81/1.5 *min*  HTN '00
EKG - WNL                           APS: see note
                *4/04 Physical*
            MVR: speeding 12/02

WCL 00164

| BASE INSURED 1 | | MIB 1<br>Results: | ☐ Search Clear<br>☐ See Slips | By:<br>Date:  / / | OTHER INSURED 2 | |
|---|---|---|---|---|---|---|
| Last Name | | Alpha Index<br>Results: | ☑ Search Clear<br>☐ See Slips | By:<br>Date: | Last Name | |
| First Name | Middle Initial | MIB 2<br>Results: | ☐ Search Clear<br>☐ See Slips | By:<br>Date:  / / | First Name | Middle Initial |
| DOB: Day Month Year | Place | Alpha Index<br>Results: | ☐ Search Clear<br>☐ See Slips | By:<br>Date:  / / | DOB: Day Month Year | Place |

MIB Codes to Report:

Base:

924 HX# , 346 □ 2 C

054 JEN

Other:    11/1/04

| Policy No. | Life Amount | ADB Amount | Reins. Code | Policy No. | Life Amount | ADB Amount | Reins. Code |
|---|---|---|---|---|---|---|---|
| Policy No. | Life Amount | ADB Amount | Reins. Code | Policy No. | Life Amount | ADB Amount | Reins. Code |
| Policy No. | Life Amount | ADB Amount | Reins. Code | Policy No. | Life Amount | ADB Amount | Reins. Code |
| Policy No. | Life Amount | ADB Amount | Reins. Code | Policy No. | Life Amount | ADB Amount | Reins. Code |

## MIB CHECK LIST

Was application:
☐ Signed by insured

☐ Dated?

☐ Signed by parent/guardian? (if under age 15, Calif. under 16)

☐ Page 2 questions answered?

## MIB SLIPS

| Insured's Seq. No. | Other Seq. No. | Other Seq. No. | Billing Control No. |
|---|---|---|---|
| | | | |

W-7465(3/98)

WCL 00165

0/05/2004 MIB

>WC1Z03040759>

⬤ .TS,                STEPHEN            M
31MR56 CO    NFD IAI01
NO CODES FOUND

BUTTS,              STEPHEN            M
31MR56 CO    NFD MIB01
NO CODES FOUND

TIME=19:32:19  PROG=LAHP222E    JOB=MIBRGETP  REPT=RIMG    DPDSK=
*** END OF REPORT ***

WCL 00166

UNDERWRITING REFERENCE/ NOTES WORKSHEET          Page 1 of 1

olicy Number: Z03040759     Name: Stephen Butte

| Date | Note-Source | DETAILS |
|------|-------------|---------|
| Nov. 1, 04 | AD- Homer | - Coatt HTN V chol |
| | | 1/04 - 156/96  156/94  4 Obrun |
| | | 3/04 - Coat Attach - Rx Preluisme tape   AST 44  ALT 96 |
| | | Mildly V LFT's 1/4 Ligator |
| | | 1/04 - AST 44  ALT 68 |
| | | 10/03 - AST 60  ALT 89 |
| | | |
| | | Looks OK STD NT for ↑ LFT's, Aviation |
| | | |
| | | Mark G |

WCL 00167

Part II

## SECTION XII:   AGENT'S REPORT

I CERTIFY THAT: (1) THE ANSWERS GIVEN IN THIS APPLICATION ARE COMPLETE AND TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF; (2) I KNOW OF NOTHING AFFECTING THE RISK WHICH IS NOT SET FORTH IN MY AGENT'S CONTRACT OR THIS LIFE INSURANCE APPLICATION; AND (3) I CAREFULLY EXPLAINED EACH QUESTION BEFORE RECORDING EACH ANSWER AND BEFORE THE APPLICATION WAS SIGNED.

1.  Best time of day and place to contact insured:     AM ✗     PM _____ .      Home ☐ ·     Office ☒

2.  How long have you known insured?  _Client in group insurance 2 - 3 months_

3.  Is insured a relative or does the insured have business relationship with you? Yes ☐ _____ No ☒

4.  Does proposed insured appear healthy and free from visible or known impairments or disability?  Yes ☒    No ☐

5.  Do you have any reason to believe that the life insurance policy applied for will replace any life insurance or annuity from West Coast Life or another company? Yes ☐    No ☒

If YES, provide policy number(s) and company(ies) below, and complete any comparison statements required by law.

| | |
|---|---|
| _Sharon M. Karls_ <br> AGENT'S SIGNATURE | _608-244 3576_ <br> BUSINESS PHONE |
| _Sharon M. Karls_ ___ _22696_ <br> AGENT'S PRINTED NAME ___ AGENT'S COMMISSION CODE NO. | _9-21-04_ ___ <br> DATE ___ PLACE |

IF MORE THAN ONE AGENT -- complete below

| | |
|---|---|
| AGENT'S SIGNATURE | BUSINESS PHONE |
| AGENT'S PRINTED NAME ___ AGENT'S COMMISSION CODE NO. | DATE ___ PLACE |

INFORMATION BELOW MUST BE PROVIDED FOR COMPLETE PROCESSING.

INDICATE CLASSIFICATION BASIS FOR THIS SALE:

☐ Super Preferred          ☒ Non-Tobacco
☐ Preferred                ·☐ Tobacco
☒ Standard  _Due To Aviation_
☐ Rated Table A, B, C, D, E, F, H  (circle one)
☐ Other _____

_Bachmann Brokerg Inc._
BGA Name

_X9574_
BGA Contract Number

For Underwriting and New Business
Contact Purposes:

_262-367-4977_
BGA Fax Number

_Stuartbachmann@msn. com_
BGA E- Mail Address

GW-7508(5/04)CD

WCL 00168