

UNDERWRITING FINAL ACTION  11/1/2004 08:12:48

Policy Number:          Z03040759
Application Date:       10/4/2004

Base Insured:           Stephen M Butts
                        151 Adam Ranch Road
                        Telluride, CO 81435

Other Insured:

Policy Owner:           Telluride Properties Llc
                        Po Box 37
                        Telluride, CO 81435

Life Plan:              G10 Non-Tobacco

Life Amount:            $3,000,000.00

Underwriter Rating:     Standard Non-Tobacco

Reason for Rating:
laboratory results elevated liver function tests, aviation

Underwriter:            Jackie Duhachek, FLMI, CLU
Case Manager:           David Kramar
BGA:                    Bachmann Brokerage I, X8574, stuartbachmann@msn.com
Writing Agent:                  Sharon Karls, Z2696



WCL 00163