Electronic Requisition System - Inspection Request



# First Financial Underwriting Services Inc.

*Specialists in Financial Inspection*

Home | Products & Services | Electronic Requisition | Contact

## Service Order Form

(*) Mandatory

**\* Date of Request:** (mm/dd/yyyy) 10/7/2004

**\*Insurance Company:** WEST COAST LIFE INSURANCE COMPANY

**\* Located In:** Nebraska

**Home Office Underwriter:** Jackie Duhacek     **Fax #:** 205 268 5090

### Inspection Services
- [x] Life I.R.
- [ ] Health I.R.
- [x] Business I.R (BBR)
- [ ] MVR
- [ ] Spousal Supplement
- [ ] PHI
- [ ] Credit Check
- [ ] Criminal Search
- [ ] Corporate Search
- [ ] Agent Report
- [ ] T.I Report
- [ ] Mature Market

### Speciality Services
- [ ] Financial Audits
- [ ] Bankruptcy Check
- [ ] Locates
- [ ] Financial Statement Analysis
- [ ] Foreign Residence
- [ ] Second Opinion
- [ ] Third Party Report

**\* Brokerage/Agency:** Bachmann Brokerage     **App./Policy #:** Z03040759

**\* Agent's Name:** Sharon Karls     **\* Agent's Phone:** 9999999999

**\* Requested By:** David Kramar     **\* Requestor's Phone:** 866 827 5660 x 5663

**\* Requestor's Email:** david.kramar@wclife.com

### Applicant's Information

**\* Last Name:** Butts     **\* First Name & MI:** Stephen M.

**\* Date of Birth:** (mm/dd/yyyy) 03/31/1956     **Social Security #:** 032464087

**\* Home Address:** 151 Adam Ranch Rd. PO Box 37 Telluride

**\* Home Phone:** 9707285690     **Business Phone:** 9703695370

**Cell Phone:**     **Occupation:** owner/v.p.

**Employer Name:** Telluride Properties L.LL

**Business Address:** PO Box 37 Telluride CO 81435

**Beneficiary:** Telluride Properties, LL     **Relationship:** Business

**\* Insurance Amount $:** 3 m

**Driver's License #:** 951210654     **State:** Colorado

**Special Instructions:**





Electronic Requisition System - Save Request





First Financial Underwriting Services Inc.

Home    Product & Service    Electronic Requisition    Officers

## Save Request

*Stephen M. Bitts*
*IR/BBIR*

Thank You for your Request You can Check Your Status
online using this
Request Number: Y10714172110
Please Secure this Number for Future Electronic Status
Check in our Electronic Requisition System. If You want to
Confirm Your Request Number Click Here

- Inspection Request
- MVR Request Only
- Agent Inspection Request
- Check Current Status

---

**Important Notice**
Our Inspection Reports are never submitted to the field or brokerage offices without first receiving authorization from your home office or the underwriting officer. All information obtained in our files is treated with strict confidence in accordance with the Fair Credit Reporting Act.

         

---