## Interview Notes

### PERSONAL

| | |
|---|---|
| Name of Applicant: Stephen M. Butts | |
| Present Address: 151 Adam's Ranch Road, Box 37, Telluride, CO  (8 yrs) | |
| Insurance Confirmation: $3 million | Beneficiary: Telluride Properties LLC (keyman) |
| Date of Birth: 03/31/1956 | |
| Marital Status:  Married / Single / **Divorced** / Separated | |
| Spouse's Name: | |
| Dependents: 2 | |

### BUSINESS

| |
|---|
| Name of Business: Owner/VP, Telluride Properties LLC, located at Box 37 237 South Oak Street, Telluride, CO; 84%; Albert Roer 8% (founder); Pauly Lychee 8% www.tellurideproperties.com started restructuring 2 months ago; predecessor company Telluride Properties was in business since 1986;  a real estate brokerage; residential in Telluride and surrounding areas |
| Previous employment: real estate industry 20+ yrs; always self employed; Telluride Properties 15 years |
| Address: |
| How long with business/employer? |
| Occupation / duties: sales and marketing |
| Number of hours worked per week: 40 |
| Number of employees supervised: 3; 15 contractors |
| Any other part-time work or business interests? |

### TRAVEL

Out of town travel (domestic): 3-4 / yr; domestic ; commercial; private pilot

Foreign Travel:

Destinations/Cities:
Duration of Stay:
Purpose of Travel:

### HEALTH

| | |
|---|---|
| Height: 6 1 | Weight: 195 |
| Any significant weight change in past year? | |
| Name of Personal Physician: Dr. Homer, Telluride, CO | |
| Address: | |
| Last visit to doctor: 4 months ago; flu symptoms | |
| Reason: | |
| Hospitalizations: No | |
| Personal or Physical disabilities: | |
| History of diabetes, hypertension, or cancer in immediate family: treated for hypertension; Diovan; 2 years | |

DEFENDANT'S EXHIBIT
05

Exhibit #" *192* " JUNE 13/06

Exam of: ALEX CHU
Kori Janisse, CSR(A)
Independent Reporters

Chu 00001

| Other significant medical treatments: |
| Taking any prescribed medications: Lipitor 5 years |

## LIFESTYLE

| Do you drink alcoholic beverages? Yes **Wine** / liquor / beer / all types # of drinks __8__ **week** / month / year Did you ever drink? | |
|---|---|
| Do you smoke cigarettes? N | How long have you smoked? Cigarettes per day: |
| Did you ever smoke? N | When did you quit? After how many years of smoking? |
| Other tobacco usage?  cigars / pipes / chewing tobacco N | |
| Any alcohol related treatments or any usage of any non-prescribed or banned substances such as marijuana?  N | |
| Any criminal convictions or charges? N | |
| Any history in the military? No | |
| Any involvement in any private aviation, scuba diving, or sky diving? Pilot license in 1980; 2,000; Commander fixed wing jet prop; Gulf Stream Commander 840 B; 60% business/ 40% pleasure; certified scuba in 1982; last dive 8 months; pleasure Any other recreational activities or exercise in your spare time? Skiing, golfing | |

## DRIVING RECORD

| Licensed to drive? CO |
| Do you hold any other class of license? No |
| Do you need to wear corrective lenses when you drive? N |
| Within the past three years have you had any moving violations, speeding tickets, of any kind? N Any DUI charges? License suspensions? If yes. Details. Order MVR. |

## ANNUAL INCOME / REMUNERATION

| Gross income: | Net income: |
|---|---|
| Annual salary: $1.5 million about right | Bonuses/dividends: |
| Any other significant sources of income?  Obtain proof of income where applicable ONLY. | |
| Net worth estimate: Where applicable obtain breakdown of net worth. $10 million | |
| In the past seven years have you ever filed for bankruptcy? N | |
| When? | Where? |
| Trustees? | Discharged? |

## INSURANCE

| Do you have existing insurance in force? Y | Carrier? C.N.A. 2 million personal |
|---|---|
| Amount? | Replacement / **Supplement** ? |

Chu 00002

| Decline or rated? (exceptions: LA, AL, MO, MD) No |
|---|
| Purpose of Insurance?  Family income protection / estate – tax planning / buy – sell / **key man** / debt protection |

## BBR Questionnaire

| When did the company become incorporated? Telluride Properties LLC, located at Box 37 in Telluride, CO | |
|---|---|
| Describe business operations: | |
| Ownership structure: | # of employees: |
| Any branch offices?  Leased/owned? Part-owned by applicant | Locations:  Square footage:  2,000 |
| Business banking facility:  Bank contact name: First National Bank of Telluride, located at 120 S. Pine Street in Telluride, CO | Location:  Phone #: President Tom Kenning 970-728-5050  How long at bank?  10 years known for eleven years; 1998; 6 + yrs; no problems very honourable reputable  LOC: No |
| Company accountant:   Kathleen R. Barr CPA, PC, located at BOX 3867 in Telluride, CO 1-970-728-4646  Phone #: 10 years; | |
| Fiscal year end: Dec 31 yes | |
| Net worth Estimate:   $500,000 yes including all listings | |
| Officers: Any foreign ownership? Details? | President: Albert (active and also applying)  CEO applicant |
| Secretary Treasurer: | Vice president: |
| Directors: other not active | |
| Any other executive insured in favor of the company? | |
| Any bankruptcies declared by any of the principals? | |
| Any impending lawsuits or any legal action taken against the company at this time?  N | |
| **Purpose of Insurance:** keyman / collateral / buy-sell / other: | |
| Have financial statements already been obtained by the agent or agency?  don't know; yes, **Albert Roer 1-970-369-5370**  If not: Obtain a copy of the most recent financial statements to assist the underwriting of business insurance application?  Pertinent Financial Figures:  Revenues:  Expenses:  Total / Current Assets:  Total / Current Liabilities  Retained Earnings/Deficit:  CPA:  Type of Financial Statements figures from? Pro forma? Unaudited? Consolidated? Audited? Explain? | |

Chu 00003

COMMENTS:

DATE OF INTERVIEW:

PLACE OF INTERVIEW:

Chu 00004