

# FIRST FINANCIAL UNDERWRITING SERVICES, INC.
### "Specialists In Financial Inspections"

## Life Inspection - 5 years

| | | | |
|---|---|---|---|
| **NAME:** | Butts, Stephen M. | | |
| **RES ADD:** | 151 Adam Ranch Road, PO Box 37, Telluride, CO | | |
| **OCC. & EMPL:** | Owner/VP, Telluride Properties LLC | | |
| **BUS. ADD:** | Box 37, Telluride, CO | | |
| **BENEFICIARY:** | Same as employer | **INS AMOUNT:** | $3 million |
| **D.O.B:** | 03/31/1956 | **UNDERWRITER:** | Jackie Duhacek |
| **POL/APP #:** | Z03040759 | **FAX #:** | NE U/W |
| **DATE IN:** | October 7, 2004 | **# of Pages:** | 5 |

### West Coast Life

| | | |
|---|---|---|
| 1. Time known by sources? (Employer, Accountant, Banker, etc) | 1. | 6, 10+ yrs |
| 2. Does Applicant own any equity in the business? | 2. | Yes |
| 3. Is Applicant self employed? | 3. | Yes |
| 4. Marital status? | 4. | Divorced |
| 5. Relationship of Beneficiary | 5. | Company |
| 6. Present income from employment | 6. | $1.5 million/yr |
| 7. Other income (investments, rentals, pension, etc.) | 7. | N/A |
| 8. Was income confirmed by? (Accountant, Employer, etc) | 8. | Yes, CPA |
| 9. Is W2 or 1040 attached? | 9. | No |
| 10. Estimated net worth? | 10. | $10.0 million |
| 11. Any financial difficulties? (Bankruptcies, Judgements, Tax liens, etc) | 11. | No |
| 12. Ever smoked cigarettes, or used tobacco products? (Chew tobacco etc) | 12. | No |
| 13. Does applicant now smoke? | 13. | No |
| 14. If applicable, when did applicant stop smoking? (Provide Date) | 14. | N/A |
| 15. Any illness, operations, or injuries in past 5 years? | 15. | No |
| 16. Does Applicant take any prescribed medication? | 16. | Yes |
| 17. Any major weight gain or loss in the past 2 years? | 17. | No |
| 18. Any criticism of driving habits? (see remarks) | 18. | No |
| 19. Was Applicant's driver's license suspended or revoked in the past 5 years? If yes, details: | 19. | No |
| 20. Is MVR attached? | 20. | No |
| 21. Alcohol or drug related treatment or reforms? | 21. | No |
| 22. Any cocaine, marijuana or other banned substances used? | 22. | No |
| 23. Any adverse criticism of reputation? (Criminal, credit, etc) | 23. | No |
| 24. Any participation in hazardous or extreme sports? (auto racing, scuba, sky diving, mountain climbing etc) | 24. | Yes |
| 25. Any past or present non-commercial flying activities? | 25. | Yes |
| 26. Is B.B.R. completed? | 26. | Yes |

Inspector:    Alex Chu

Phone #:    1-866-439-9979

This document is prepared for insurance risk assessment only. Any other use is strictly prohibited. This document is not to be released to anyone without our prior written authorization.



WCL 00204

Butts, Stephen
151 Adam Ranch Road
Telluride, Colorado

## Special Attention

We originally received a request for an inspection report on the above applicant on October 7, 2004. An interview was conducted on the 12th, and financial references were contacted by the 19th.

Please note that we were instructed to ask for financial statements from partner, Albert Roer. We have left two messages for him on the 13th and 18th, but have not received any return call. Due to the age of the case, we are sending all information obtained to date. Should we receive financial statements in the future, we will forward them immediately to underwriting.

Based on sources contacted we have the following to report.

## Contacts

1. A direct interview with the applicant.

2. The business banking facility, the First National Bank of Telluride, located at 120 S. Pine Street in Telluride, CO, confirmed banking.

3. The corporate accountant, Kathleen R. Barr CPA, PC, located at BOX 3867 in Telluride, CO, confirmed ownership and financial figures.

4. Covered residential history for the past eight-plus years.

5. Covered employment history for the past twenty-plus years.

6. Bankruptcy search – negative.

7. Outside secondary financial sources revealing no adverse credit history.

8. In-house file search revealing no derogatory information.

## Business

The applicant is currently 84% Owner/VP of Telluride Properties LLC, located at Box 37, 237 South Oak Street in Telluride, CO. Founder Albert Roer holds

WCL 00205

2

8% while the remaining 8% is held by Pauly Lychee. Telluride Properties originally started in 1986, and was restructured recently about two months ago. It is a real estate brokerage specializing in residential properties in the Telluride and surrounding communities. The applicant has been active with the business for the past fifteen years, and has been in the industry for over twenty years.

As the majority Owner and VP, the applicant is active in overseeing the day-to-day operations, sales and marketing, general management, and corporate direction setting. He would work an average of forty hours per week with no strenuous or unusual working conditions noted. He directly oversees a staff of three employees and up to fifteen independent contractors. There is rare out-of-town travel required in the course of his duties. He would travel domestically within North America perhaps three or four times a year, and he would either fly via commercial airlines or by private plane (he is a licensed pilot).

He is presently not involved in any other business interests or affiliations actively on a day-to-day basis.

### Finances

We contacted the business banking facility, the First National Bank of Telluride, located at 120 S. Pine Street in Telluride, CO. President Tom Kenning confirmed the corporate affiliation for the past six-plus years with no problems in bank dealings noted.

The applicant reported that his total compensation is approximately $1.5 million per year. No other sources of income were reported or disclosed. The applicant's estimated net worth is approximately $10.0 million.

We contacted the corporate accountant, Kathleen R. Barr CPA, PC, located at BOX 3867 in Telluride, CO. She confirmed the ownership structure as well as the reported annual compensation figures as "about right". She has been the applicant's accountant of record for the past ten years.

We conducted a bankruptcy search and contacted outside secondary financial sources; however, no adverse credit history was learned of.

### Health

The applicant stands 6'1" and weighs approximately 195 lbs. He reported no significant weight changes within the past twelve months. His personal physician is Dr. David Homer, located at Box 2397 in Telluride, CO, and the

WCL 00206

3

last time he visited his doctor was four months ago for flu symptoms. No lingering problems were reported.

He has not been hospitalized within the past five years for any major surgeries or ailments. He has no reported personal or physical disabilities, and there is no history of hereditary diseases within his family.

The applicant has not undergone any other specific medical treatments in the past five years, and he is currently taking two forms of prescribed medication. He has been taking Diovan for the past two-plus years for hypertension and Lipitor for the past five years for cholesterol.

## Military History

No past or future involvement in the military was developed for the applicant.

## Aviation-Recreation-Driving Record

The applicant is currently involved in private aviational activities, and he does possess a valid pilot's license. He obtained his pilot's license in 1980, and he flies a Commander fixed wing jet and a Gulf Stream Commander 840 B. He has over 2,000 hours in command and he stated that 60% of his flying is business related.

He obtained his scuba certification in 1982, and his last dive was about eight months ago while on vacation. He also enjoys skiing and golfing in his spare time. He reported no other recreational or hazardous pastimes in which he is active with on a regular basis.

The applicant holds a valid Colorado driver's license, and he holds no other class of license. He does not require corrective lenses to operate a motor vehicle. He reported no moving violations, vehicular accidents, impaired driving convictions or demerit suspensions of his driver's license within the past three years.

## Habits-Lifestyle

The applicant stated that he does consume alcoholic beverages regularly, perhaps having an average of eight glasses of wine over the course of a week. No prior excesses or alcohol-related treatments of any kind were learned of.

WCL 00207

4

He is a non-smoker, and he has never utilized tobacco in the past. No use of
any other tobacco products including cigars, pipes, or chewing tobacco was
noted. There is no history of non-prescription drug use or use of any other
banned substances reported.

No criminal charges, convictions, or pending court proceedings were reported
by the applicant.

Reputation-Social Environment

No criticisms of the applicant's character, morals, or habits were learned of.

The applicant is divorced, and has lived at the current residence for the past
eight-plus years. There are currently two dependents, and no criticisms of home
life or environment were noted.

Purpose of Insurance

The purpose of insurance is for key man protection. The stated beneficiary of
the $3.0 million life policy is the applicant's company, Telluride Properties
LLC. The applicant does have existing personal life insurance in force with
C.N.A. Life for $2 million, which will not be affected by the current application.
He reported that he has never been declined or rated for insurance.

We have no existing file information available on this subject.

A.C. First Financial Underwriting Services Inc. October 19, 2004.

WCL 00208