**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1765-EWN-BNB

WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,

      Plaintiff,

vs.

MARTHA HOAR, as the personal representative of THE ESTATE OF STEPHEN M. BUTTS,
TELLURIDE PROPERTIES, LLC, a Colorado limited liability company,
TELLURIDE PROPERTIES, INC., a Colorado corporation,
ALBERT D. ROER, an individual, and
POLLY LYCHEE, an individual,

      Defendants.

---

**DOCUMENTS FILED UNDER SEAL**

---

**CONFIDENTIAL:  THE CONTENTS OF THIS ENVELOPE ARE NOT TO BE COPIED OR SCANNED AND ARE SUBJECT TO A PROTECTIVE ORDER OF THIS COURT AND SHALL NOT BE SHOWN TO ANY PERSONS OTHER THAN A JUDGE OF THIS COURT OR AN ATTORNEY IN THIS CASE (NO. 05-cv-1765-EWN-BNB)**

---

      The following document is hereby filed under seal in accordance with the Stipulated Protective Order entered on November 22, 2005:

      Exhibit A-14:  Winter Sports Life Ratings

      Respectfully submitted this 26th day of June, 2006.

                               s/ Stuart Pack
                          Stuart Pack, Kara Veitch, Richard D. Greengard
                          ATTORNEYS FOR DEFENDANTS
                          Isaacson Rosenbaum P.C.
                          633 17th Street, Suite 2200
                          Denver, Colorado 80202
                          Telephone: (303) 292-5656
                          Facsimile: (303) 292-3152
                          E-mail:  spack@ir-law.com; kveitch@ir-law.com; rgreengard@ir-law.com

1288053_1.doc