

Marilyn Reed/WCL/PLC
03/29/2005 05:50 PM

To   Susan Heatherly/ILD/PLC@NOTES01

cc

bcc

Subject

Sorry, I hit send by mistake. We feel that on the helicopter skiier that this claim should be contested in that a reasonable person should know that helicopters, skiing in out of bounds territory etc are hazardous. The hazardous sports question should have been answered "yes".

—— Forwarded by Marilyn Reed/WCL/PLC on 03/29/2005 03:48 PM ——

Marilyn Reed/WCL/PLC

03/29/2005 03:48 PM

To   Susan Heatherly/ILD/PLC

cc

Subject

Susan, I have spoken to Dale Moon and we do feel that we would want to contest this claim.





DEFENDANT'S
EXHIBIT
47