**Ewald, Laura**

**To...**  Susan.Heatherly@protective.com

**Cc...**

**Bcc...**

**Subject:**  RE: Claim on Butts - File# Z03040759

**Attachments:**



Thank you for the update.

Laura Ewald
AVP, Claims
**Scottish Re (U.S.) INC.**
as administrator for
**ING Re**
Security Life of Denver Insurance Company
Security Life of Denver International Limited
P.O. Box 173708
Denver, Colorado 80203
direct: 720-279-5036
fax: 720-279-5289
www.scottishre.com

Plase Place in Claim Fire.

---

**From:** Susan.Heatherly@protective.com [mailto:Susan.Heatherly@protective.com]
**Sent:** Tue 4/19/2005 10:51 AM
**To:** Ewald, Laura
**Cc:** Tracy.DeFoor@protective.com; Gary.Carroll@protective.com; Arthur.Tyson@protective.com
**Subject:** RE: Claim on Butts - File# Z03040759

Hi Laura,

Right now we have an investigator who is interviewing (and obtaining signed statements) some of the guys that were on the trip with him. We also are trying to obtain records from the Helicopter company as we understand he has frequented them every year for several years. My next update from ICS is due on the 27th of April. I will be out of the office the 27th of April (and possibly the 26th) through the 2nd of May but I will have Stephanie keep you apprised of the situation.

Please let me know if there is anything further I can provide at this time.

Have a good day!

Susan Heatherly
Sr. Claims Specialist
Toll Free #1.800.424.1592
Telephone #1.615.372.8420
Susan.Heatherly@protective.com

"Ewald, Laura" <Laura.Ewald@scottishre.com>

04/19/2005 11:37 AM

To <Susan.Heatherly@protective.com>
cc
Subject RE: Claim on Butts - File# Z03040759

https://mail.scottishre.com/exchange/Laura.Ewald/Drafts/RE:%20Claim%20on%20Butts...    4/19/2005

DEFENDANT'S
EXHIBIT
tabbies
A-17
05-cv-1765

SBI 00104

Hi. Susan. Could we please get an update on this claim? Has the Claim Committee reviewed? Could someone call me and let me know what action is being taken?

Laura Ewald
AVP, Claims
**Scottish Re (U.S.) INC.**
as administrator for
**ING Re**
Security Life of Denver Insurance Company
Security Life of Denver International Limited
P.O. Box 173708
Denver, Colorado 80203
direct: 720-279-5036
fax: 720-279-5289
www.scottishre.com

---

**From:** Susan.Heatherly@protective.com [mailto:Susan.Heatherly@protective.com]
**Sent:** Wed 3/30/2005 12:18 PM
**To:** Ewald, Laura
**Subject:** RE: Claim on Butts - File# Z03040759

Hi Laura,

Just a note to let you know we have re-opened the investigation for further interviews with next of kin and friends of the insured. I will keep you posted at to the status.

Have a good afternoon.

Susan Heatherly
Sr. Claims Specialist
Toll Free #1.800.424.1592
Telephone #1.615.372.8420
Susan.Heatherly@protective.com

"Ewald, Laura"
<Laura.Ewald@scottishre.com>

03/29/2005 04:00 PM

To <Susan.Heatherly@protective.com>

<Wayne.Hall@protective.com>, <Gary.Carroll@protective.com>,
<Arthur.Tyson@protective.com>, <Tracy.DeFoor@protective.com>,
cc <Kim.Houston@protective.com>, <Stephanie.Anderson@protective.com>,
<Joe.Frankenfield@wclife.com>, "Smith, Lisa" <Lisa.Smith@scottishre.com>

Subject RE: Claim on Butts - File# Z03040759

Thank you for researching this issue and for your response. We would appreciate being informed of what action Protective will take on the claim as soon as your office has made this decision.

---

**From:** Susan.Heatherly@protective.com [mailto:Susan.Heatherly@protective.com]
**Sent:** Tue 3/29/2005 12:56 PM
**To:** Ewald, Laura
**Cc:** Wayne.Hall@protective.com; Gary.Carroll@protective.com; Arthur.Tyson@protective.com; Tracy.DeFoor@protective.com; Kim.Houston@protective.com; Stephanie.Anderson@protective.com; Joe.Frankenfield@wclife.com
**Subject:** Fw: Claim on Butts - File# Z03040759

Laura,

Here is our underwriter's response to your concerns. Please let me know if there is anything further you need.

Susan Heatherly
Sr. Claims Specialist
Toll Free #1.800.424.1592
Telephone #1.615.372.8420
Susan.Heatherly@protective.com

—— Forwarded by Susan Heatherly/ILD/PLC on 03/29/2005 01:53 PM ——

Steve Hetherington/WCL/PLC

03/29/2005 01:44 PM

To Susan Heatherly/ILD/PLC@NOTES01

cc

Subject Re: Fw: Claim on Butts - File# Z03040759 Link

Susan: Had Mr. Butts correctly responded to application question number 5 concerning "other hazardous avocation or hobby.", we would have followed the SWISS Re guide regarding Heli skiing, and offered at "Standard non-smoker" rates with a permanent flat extra of $2.50/$1,000.

Susan
Heatherly/ILD/PLC

03/28/2005 08:19 AM

To Steve Hetherington/WCL/PLC@NOTES01

cc Stephanie Anderson/ILD/PLC@NOTES01, Tracy DeFoor/ILD/PLC@NOTES01, Gary Carroll/ILD/PLC@NOTES01, Arthur Tyson/ILD/PLC@NOTES01, Kim Houston/ILD/PLC@NOTES01, Joe Frankenfield/WCL/PLC@NOTES01

Subject Fw: Claim on Butts

https://mail.scottishre.com/exchange/Laura.Ewald/Drafts/RE:%20Claim%20on%20Butts...     4/19/2005

Hi Steve,

I thought I would forward this on to you as I don't think I correctly worded Laura's concern in my last email. Please note that on page 134 of the death claim docs, Mr. Butts' sister also stated that he had been an expert skier for at least ten years.

Thanks for re-reviewing this claim.

Susan Heatherly
Sr. Claims Specialist
Toll Free #1.800.424.1592
Telephone #1.615.372.8420
Susan.Heatherly@protective.com

----- Forwarded by Susan Heatherly/ILD/PLC on 03/28/2005 10:16 AM -----
"Ewald, Laura" <Laura.Ewald@scottishre.com>

03/28/2005 10:11 AM

To <susan.heatherly@protective.com>
cc
Subject RE: Claim on Butts

Insured: Stephen M Butts
PN: Z03040759

Susan, thank you for returning my call. It was good to talk to you.

As you mentioned in today's phone call, the claim is being reopened. You are asking WCL's underwriters what they would have done if the insured admitted to helicopter skiing in the hazardous sport question in section IV of the application.

In the interview section on page 133 of the CD sent to us, the sister admitted that her brother, the insured, "regularly" helicopter skied.

Please keep me informed of the progress of this claim.

PERSONAL & CONFIDENTIAL

This E-Mail is intended only for the addressee. It may contain information that is privileged, confidential or otherwise protected from disclosure. If you receive this transmission in error, or you are not the intended recipient, you are hereby notified that any review, dissemination,
disclosure or other use of its contents is strictly prohibited.

https://mail.scottishre.com/exchange/Laura.Ewald/Drafts/RE:%20Claim%20on%20Butts...     4/19/2005

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.

PERSONAL & CONFIDENTIAL
This E-Mail is intended only for the addressee. It may contain information that is privileged, confidential or otherwise protected from disclosure. If you receive this transmission in error, or you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure or other use of its contents is strictly prohibited.

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.

PERSONAL & CONFIDENTIAL
This E-Mail is intended only for the addressee. It may contain information that is privileged, confidential or otherwise protected from disclosure. If you receive this transmission in error, or you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure or other use of its contents is strictly prohibited.

SRI 00108

https://mail.scottishre.com/exchange/Laura.Ewald/Drafts/RE:%20Claim%20on%20Butts...     4/19/2005