## Contestable Claim
## being handled by SH
## Investigative Firm:



DEFENDANT'S
EXHIBIT
23

### Policy Information:

| Parent Company: Protective | Company Code: WCL | Foreign Death Claim: No |
|---|---|---|
| Claim No:WC1Z03040759 | Policy No: Z03040759 | Plan: EPY26 |
| Type: OO | Face Amount: $3,000,000.00 | Issue Age: 48 |
| Application Signed Date: 08/29/2004 | Medical Date(Part II): 08/31/2004 | Issue Date: 12/02/2004 |
| Delivered Date: | Reinsurer: ING | Reinsurance Amount: $3000000.00 |

### Insured Information:

| Last Name: Butts | First Name: Stephen | | MI: Mirick | |
|---|---|---|---|---|
| Address: 151 Adam Ranch Road | City: Telluride | | State: CO | Zip: 81435 |

### Claim Information

| Date Claim Reported: 01/26/2005 | Date Claim Received: 01/19/2005 | Date Investigation Begun: 01/27/2005 |
|---|---|---|
| Date of Last Correspondence: 04/18/2005 | Date to Reinsurance: 03/16/2005 | Account #: |
| Date Initial Premium Check Signed: | Date Initial Premium Received by Co: | |
| Date Delivery Receipt or Amendment Signed: | | |
| Approved: | Declined: 07/26/05 | Schedule F: |
| Date of Death: 01/18/2005 | Cause of Death: Accident - Avalanche | Code: 087 |

Reinsurer Response: ING-3000000

Comments: 3/1 - returned call to "Sharon" regarding status of claim. -sh
3/15 - rec'd final. -sh
3/16 - file to uw and reins. -sh
3/18/05-File to B'ham.--SA
3/22 - spoke with Sharon re status. -sh
03/23/05 - TSD reviewed file.
Laura Ewald ING / Scottish Re   303-860-2379 / 720-279-5036 new #
3/29 - spoke w/agent regarding status. -sh
3/30 - rec'd agent's statement - am reopening for further investigation. Called and advised agent -sh
4/14 - spoke w/Albert Roehr regarding status of claim. -sh
4/19 - Advised Laura Ewald of status of claim. -sh
4/25 - Spoke w/Sharon re status.   608-244-3576 -sh
5/5 -*

5/5 - Spoke with Sharon regarding status of claim. WCB after I speak w/LB. -sh
5/9 - Spoke with Sharon, advised of status. Also returned call to Albert Roehr w/status and he would like a call back when next report is rec'd.-sh
5/18 -
6/2 - Per GC & KH, we are closing the investigation at this point.  I called Mr. Roer and advised him of this development. -sh
6/3 - Final report sent to reins and uw. -sh
6/14/05

'er

7/15/05 - Investigation has been re-opened and clarification from WCL underwriting requested.

DEFENDANT'S
EXHIBIT
A-21
05-cv-1765

# Life Benefits Worksheet    E43    ● Policy____of____

Company Code _WCI_
P●Number _2030407597_    Insured _Stephen Butts_

Plan Code _EPY26_    DOB _3-31-56_    Date File Ordered _1-19_
Issue Date _12-2-04_    DOD _1-18-05_    ASM _✓_
Plob _20_    Claim Committee    Reinsurance: Ⓨ N ____
Restrict _/_    Paid To _12-2-05_    Fraud Statement: Y N State____
Form _0_

712 ___ 1099 ___ Notice and Consent: Y N State ____ Death Code

Active
Agent: Ⓨ N    Deliver
Check: Y N    Beneficiary/Relationship: ____    Deceased
_Sharon M Karls_    (1) P _Telluride Properties LLC_ Y N
____    (2) P/C____ Y N
____    (3) P/C____ Y N
____    (4) P/C____ Y N

Assignment: Y N    (F/H Co-lat.)
$____ ____%
$____ ____%

DE●●: (+)    CREDITS: (-)    Approver E___
Face Amount (L I D) _3,000,000 00_    Loans____    __Bene
Prem Refund/WOP____    Prem Due____    __DOB
ADB ____    Fed Ex Chg____    __DOD
PUA ____    Annuity W/holding____    __Contestable
Dividends ____    Special Envelope: Y N    __Cause
Other Deposits____    __Notice/Consent
PMI (State/Policy)____    __WOP
Annuity ____    __Claim Interest
One Year Term ____    Special Instructions/Notes    __Fraud St
TOTAL PROCEEDS____    ____Check(s) Built of RQD4    __Notice/Consent
Riders____    __Contestable
Corrector Int___

TO CLAIMS COMMITTEE:
Pmt Apprvd by:____    Date _7-26-05_ Pmt Denied by: _BRucks_
Pmt Apprvd by:____    Date _7-26-05_ Pmt Denied by: ____
Pmt Apprvd by:____    Date _7-26-05_ Pmt Denied by: ____