

**WEST COAST LIFE**
INSURANCE COMPANY

DEFENDANT'S
EXHIBIT
48

July 27, 2005

Telluride Properties, LLC
P.O. Box 37
Telluride, CO 81435
Attention: Polly Leach-Lychee

Re:    Policy:    Z03040759
       Insured:    **Stephen M. Butts (deceased)**

Dear Telluride Properties:

We have completed our review of your claim for benefits under the life insurance policy insuring the late Stephen M. Butts. I am sorry to inform you, however, that we must decline the claim because of information we discovered while the claim was being processed. I have explained the reasons why we have declined your claim for benefits in this letter. If you have any questions, please feel free to call me at any time.

As part of the process of obtaining insurance, Mr. Butts completed a Life Insurance Application, dated August 29, 2004. A copy of this application is enclosed. Mr. Butts answered a question regarding his avocations/hobbies. Specifically:

From the Application:

*SECTION IV: NON-MEDICAL HISTORY (MUST BE ANSWERED ON ALL CASES)*
*HAS PROPOSED INSURED:*
*5. Engaged in auto, motorcycle or boat racing, parachuting, skin or scuba diving, skydiving, or hang gliding or other hazardous avocation or hobby?*

For question 5 the "*No*" box was checked.

In reliance upon the answers and history provided to us by Mr. Butts, West Coast Life Insurance Company issued a policy of insurance with a standard non-tobacco rate dated November 5, 2004.

After we received notification of Mr. Butts' death, we undertook a routine claims investigation. As part of this investigation, we gathered Mr. Butts' medical records as well as other documentation regarding Mr. Butt' death (death certificate, interviews, ski reservations, and newspaper articles).

Mr. Butts died in an avalanche while heli-skiing in British Columbia. The death certificate states that the cause of death was a fractured cervical spine due to trauma received in an avalanche. Several newspaper articles covering the accident describe Mr. Butts as being "*on an annual ski*

P. O. Box 12687, Birmingham, AL 35202-6687
1-800-866-3555



DEFENDANT'S
EXHIBIT
A-23
05-cv-1765

*trip with a group of around 20 friends in the Selkirk Mountains"* and note that Mr. Butts and friends organized heli-skiing trips in Canada for nearly 20 years through Selkirk Tangiers in Canada. In addition, we have received documentation for 1998 forward from Selkirk Tangiers Helicopter Skiing Ltd. showing Mr. Butts went heli-skiing annually and signed a Release of Liability, Waiver of Claims, Assumption of Risks and Indemnity Agreement prior to every trip that specifically stated in part *"I acknowledge and accept that the Operators and their staff may fail to predict whether the alpine terrain is safe for skiing... . ...The alpine terrain used for wilderness skiing is uncontrolled, unmarked, not inspected and involves many risks, dangers and hazards in addition to that of avalanche."*

This information regarding heli-skiing was not included by Mr. Butts in the Life Insurance Application. Therefore, the statements made in the Life Insurance Application were incorrect or information was omitted.

If our underwriters had known about this history of heli-skiing at the time they were considering the application, they would not have issued this policy. In view of this material misrepresentation, the Company deems that no insurance ever became effective and we must now void the policy as of the date it was issued. Under separate cover we are issuing a check to you in full refund of all premiums paid under this policy plus interest.

We have made this claims decision after a careful review of all the facts known to us. If, however, there is other information or additional consideration that you believe we should take into account, please send it to us, in writing, as soon as possible. We will immediately reconsider our decision in light of this additional information and will respond to you as soon as possible. It is our policy and practice to pay all claims properly payable under a validly issued policy, and we assure you that any information presented by you will be given prompt and fair consideration.

By pointing out these facts and information, West Coast Life Insurance Company does not waive any other right or defense it may have under the policy or under the law. There may be other reasons why we cannot pay benefits that may become apparent at a later date, and we must reserve our rights to consider and rely upon the facts and reasons, as appropriate.

Please feel free to call or write if you have any questions. My number is 1-800-866-3555, extension 3390.

Sincerely,

Arthur Tyson, FLMI, ALHC
Senior Life Claims Specialist

Enclosure