

# WCL Policy Brentwood
## Z03040759 - BUTTS, STEPHEN M

Policy Number - Z03040759

Last Name - BUTTS

First Name - STEPHEN

Middle Name - M

Doc Type - DEATH CLAIM DOCS

SSN - 032464087

*Sent to ING*
*5/6/05*

DEFENDANT'S
EXHIBIT
21

Printed on 05/06/05 8:51 AM by pl18sh1



DEFENDANT'S
EXHIBIT
A-24
05-cv-1765

SRI 00090

RECEIVED
MAY 05 2005
BENEFITS TN

CONFIDENTIAL REPORT

# International Claims Specialists

| | | | |
|---|---|---|---|
| Date: | 4/29/05 | Account Number: | 54317 |
| Name: | BUTTS, STEPHEN MERRIC | Account Name: | West Coast Life Insurance |
| Add: | 151 Adam Ranch Road | File Number: | Z03040759 |
| | Telluride, CO | Requestor: | Stephanie Anderson |
| | | Phone Number: | 800-424-1592, Ext. 8438 |

| | | | |
|---|---|---|---|
| Emp: | Self-employed/Telluride Properties | Date of Death: | 1/18/05 |
| DOB: | 3/31/1956 | Cause of Death: | Broken neck, skiing accident |
| Type of Inv: | Contestable Death | Regional Office: | Midwest |
| Dates of Inv: | 4/12/05, 4/22/05 | Phone Number: | 800-822-8220 |
| Status of Report: | Partial | Date of Next Report: | 5/13/05 |

## INVESTIGATIVE SUMMARY

| Source | Status | Reference |
|---|---|---|
| Martha Hoar | Pending | |
| Albert Roen/Telluride Properties<br>237 South Oak Street<br>Telluride, CO | Complete | Enclosed Statement |
| Polly Leache – Lychee, broker/owner Telluride Properties<br>300 West Colorado Avenue<br>Telluride, CO | Complete | Enclosed Statement |
| Stephen A. Cieciuch, Broker Associate Telluride Properties<br>300 West Colorado Avenue<br>Telluride, CO | | |

On 4/12/05 the investigator spoke with Stephen Cieciuch regarding the skiing trip back in January of 2005. Mr. Cieciuch advised that he had been going on the skiing trip for approximately six years. He advised that he had gone each occasion with the deceased, Stephen Butts. He felt the skiing trip was very safe, closely monitored, and you have professional guides with you. Mr. Cieciuch stated that on his six trips there was never any incident where anyone's life may have been considered endangered. Mr. Cieciuch stated that he believes the deceased, Stephen Butts, may have gone on at least twelve of these

---

"Committed to Consistent Quality Service"    2

SRI 00091

Name: Butts, Stephen Mirick
Account: 54317

Page: 2
File: Z03040759

trips. Mr. Cieciuch has agreed to sign a statement to this effect. The investigator will prepare the statement and forward it to Mr. Cieciuch when he returns to the Telluride area.

On 4/22/05, Mr. Cieciuch indicated that he should be back in the Telluride area in the next week or two and that he would contact the investigator as to when they could schedule a meeting to go over his signed statement and all the relative information contained in that statement.

James Carrig
Claims Consultant

RECEIVED
MAY 05 2005
BENEFITS TN

*"Committed to Consistent Quality Service"*

SRI 00092

PAGE 1 OF 4

DATE: 4/13/05

NAME: Albert Roer

ADDRESS: Telluride Properties, 237 S. Oak St., Telluride, Co

My Name is Albert Roer. I am providing this information to Jim Carrig of International Claims Specialists. Mr. Carrig is acting on behalf of Protective Life. This interview is taking place at my office. My office telephone number is (970) 728-4226 Ext 370 My home telephone number is (970) 728-5527. This interview concerns the death of my partner, Stephen M. Butts. Stephen died on January 18, 2005 as a result of an avalanche. Stephen was on a skiing trip in the Selkirk Mountains in British Columbia. I did not go on this ski trip. Stephen and I skied often and Stephen would have be considered an accomplished ~~expert~~ skier. I have skied for approximately thirty-five (35) years and have never been injured. I believe Stephen had skied at least thirty (30) years without sustaining any type of injury. For skiers like myself, Stephen Butts and the other members of the Selkirk group, this trip would have been considered very safe. I am aware that this group has

Witness: James Carrig

RECEIVED
APR 2 9 2005
BY:

AR
4/13/05

SRI 00093

PAGE 2 OF 4

DATE: 4-13-05

NAME: ALBERT ROER

ADDRESS: 237 S. OAK St., TELLURIDE, CO

(Continued from page 1) has skied in this area for twenty-eight (28) years. This was Stephen Butt's twelfth year. I do not recall ever hearing that anyone was ever injured with this group until this past January. The SELKIRK group goes out with professional guides who are completely aware of the skiing conditions, terrain and weather for the area. It is my understanding that this avalanche was caused by a rare weather condition that no one perdicted. I do not consider skiing at all a hazardous sport and neither did Stephen Butts. Living in Telluride, skiing is what the residents do. Our office is at the foot of the ski lift and I along with Stephen and other office employees would ski any chance we got. I am familiar with all the Telluride skiers with the SELKIRK Mountain group and would consider those skiers all accomplished safe, ~~expert skiers~~ in their capabilities. We Witness: James Carwin

RECEIVED

APR 2 9 2005

BY: ____ ____ __ __

AL
4/13/05

SRT 00094

PAGE 3 OF 4

DATE: 4/13/05

NAME: ALBERT ROER

ADDRESS: 237 S. OAK Street, Telluride, Co

(CONTINUED FROM PAGE 2) decided to get this INS-URANCE POLICY WHEN WE FORMED A NEW COMPANY /PARTNERSHIP. We obtained the POLICY through John Fish, OUR INSURANCE Agent/BROKER IN MAdison, WISCONSIN. We have used Mr Fish because he WAS A PERSONAL FRIEND of STEVE Bitts. Mr Fish has handLEA OUR INSURANCE for fifteen (15) YEARS. Mr Fish has visited OUR Telluride office. I believe Mr Fish should have been AWARE of OUR skiing ACtiuities since he AND STEPhEW WERE good fRiends. I'M sure Stephew did not believe SKiing WAS A dangerous OR A RISKy sport because he WAS Such AN AccompLished, skiLLed Skier who had Never been injured. The Skiing We did IS Not "extreme" type skiing you might See ON T.V. SKiing to people Like Stephew AND mysELf IS LiRE WALKing ACROSS A Street. TRiPS to AREAS Like SELKiRK ARE VERY SAFE because of the PROFESSION OPERAtion by the COMPANIES who RuN these tRiPS. They provide WitnESS: James Canig

RECEIVED

APR 2 8 2005

RV:_____

AF
4/13/05

SRI 00095

PAGE 4 OF ___

DATE: 4/13/05

NAME: ALBERT ROER

ADDRESS: 237 South OAK St., TELLURIDE, Co

(CONTINUED FROM PAGE 3) you with experience guides,
TRAINING, equipment etc. They will manage
the terrain the group is scheduled to
ski at prior to bring the group to
the AREA. Every skier is well equip
with a safety beacon; radios etc. I
believe this was just a rare weather
ACCIDENT that could not be predicted.
I believe it would be fair to estimate that
Stephen has skied at least fifty (50) times be year
during the past twenty (20) years that I have known
him. Those were all days of skiing without injury.
I have read this statement consisting of three (3) pages
and 18 lines. By signature, I declare this statement
is true and correct to the best of my knowledge.
I received a copy of this statement.
WITNESS: James Carny

Date 4/13/05

RECEIVED
APR 2 9 2005
BY: _ _ _ _ _ _