**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1765-EWN-BNB

WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,

    Plaintiff,

vs.

MARTHA HOAR, as the personal representative of THE ESTATE OF STEPHEN M. BUTTS,
TELLURIDE PROPERTIES, LLC, a Colorado limited liability company,
TELLURIDE PROPERTIES, INC., a Colorado corporation,
ALBERT D. ROER, an individual, and
POLLY LYCHEE, an individual,

    Defendants.

---

**ORDER FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANTS'
THIRD CLAIM FOR RELIEF**

---

THIS MATTER, coming before the Court upon the Unopposed Motion for Dismissal, with Prejudice, of Defendants' Third Claim for Relief ("Unopposed Motion"), and the Court being fully advised,

IT IS HEREBY ORDERED that the Unopposed Motion is granted.

IT IS FURTHER ORDERED that Defendants' Third Claim for Relief (violation of the Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-101, *et seq.*) in Defendants' Answer and Counterclaims is hereby DISMISSED, WITH PREJUDICE, each party to pay its own attorneys' fees and costs with respect to this claim. Defendants' remaining claims shall not be affected by this Order.

DONE AND ORDERED this 29th day of June, 2006.

BY THE COURT:

s/ Edward W. Nottingham
United States District Judge